# Exhibit 1

## DECLARATION OF MARGARET O'DONNELL

Margaret O'Donnell does hereby declare under the penalty for perjury the following:

1.    My name is Margaret O'Donnell. I am one of the CJA appointed counsel for Jurijus Kadamovas, a prisoner on Federal Death Row at FCC/USP Terre Haute in Indiana. Mr. Kadamovas, a Lithuanian citizen, is appealing to the Ninth Circuit Court of Appeals his 2007 convictions and death sentence imposed in the United States District Court for the Central District of California.

2.    At the time I began to work on Mr. Kadamovas's case, in May 2010, I sought to begin to familiarize myself with the issues that precipitated my appointment, including language and cultural barriers as well as issues related to computer access and security of discovery and case material administrative grievances and litigation.

3.    I am familiar with the Court's February 24, 2010 order concerning Mr. Kadamovas's access to a computer and directing the parties to confer about the logistics of Mr. Kadamovas's ability to work on his case. I am also familiar with the parties' March 24, 2010 joint status report. To my knowledge, after the efforts which culminated in the filing of the joint status report, no further efforts were made to facilitate Mr. Kadamovas's access to a computer so he could work on his case until I was appointed.

1

4.    After I initially met with Mr. Kadamovas in mid-July 2010, I sought the BOP's cooperation in implementing the Court's directives to provide Mr. Kadamovas with a working computer so that the necessary Russian translation software could be installed on the computer which would enable him to begin working on his case, as is his desire.

5.    My efforts, which began in earnest on July 26, 2010, have met with no success. Those efforts include:

a.    July 26, 2010

I spoke by telephone with Mary Ellen Doucette-Lunstrum, FCC Terre Haute attorney, who advised that the BOP would accommodate my request to see Mr. Kadamovas's BOP assigned computer as well as his digital discovery and case materials. We agreed that I would make the request to the unit staff to see the computer and the digital materials during a future legal visit with Mr. Kadamovas.

b.    August 26-27, 2010

i.    When I arrived in the visiting room on August 26, 2010, the computer and Mr. Kadamovas's digital materials were present in the visiting room. The prison Information Technology Manager, Trey Adams, was present to provide an overview about the computer's operations, including a description of the installed software programs, which he explained provided only the capacity to open and read the documents. After Mr. Adams left the visiting room, Mr. Kadamovas and I began an inventory of Mr. Kadamovas's digital case materials, only, in short order, to discover that a majority of Mr. Kadamovas's discovery and case material CDs would not open. When the legal visit ended, I requested that Unit Counselor John Edwards ask Mr. Adams if he could return the following day so that we could determine the reason the computer would not open Mr. Kadamovas's digital files.

2

ii.    I then proceeded to a meeting with new prison attorney Katherine Siereveld.  Among the matters we discussed, were my request to meet again the next day with Mr. Adams and my request, for purposes of conducting an inventory of Mr. Kadamovas's legal materials, that unit staff copy, at my expense, the CD covers of all Mr. Kadamovas's legal materials.[1]  Ms. Siereveld advised that she would plan to come up to the death row unit the next day to inform me of the status of my requests.[2]

iii.    I returned, the next day, August 27, 2010, to the prison for another legal visit with Mr. Kadamovas.  The computer and the discovery materials were still in the visiting room, but neither Mr. Adams nor Ms. Siereveld came to the visiting room during the 6 hours I was meeting with Mr. Kadamovas.

c.    September 3, 2010

I sent an e-mail to attorney Katherine Siereveld inquiring about the status of the Kadamovas computer and the copying of the covers of Mr. Kadamovas's case related CDs.  Ms. Siereveld advised that she had spoken with Trey Adams, who had been off all week, and was certain he would advise what needed to be done to make the computer operational.  Ms. Siereveld also indicated that the unit staff was working on the logistics for copying the CDs and that I would be advised of the cost of the copying.    [See attached e-mail correspondence].

---

[1] Mr. Kadamovas, for five years, was allowed by MDC Los Angeles officials to keep his legal materials in his cell, but has never been permitted to keep his legal files in his cell since he arrived at USP Terre Haute in April 2007.  His legal materials, until approximately May, 2010, were kept in an empty cell that was not secure, and, as a consequence, were tampered with and even taken by other prisoners.  It is for this reason that Mr. Kadamovas has sought an inventory of his legal materials before he commences using the BOP computer.

[2] Ms. Siereveld also told me that August 27, 2010 would be her last day at the prison for three weeks because she would be in training.

3

d.    September 10, 2010

I attempted to call Trey Adams through the prison main telephone number, but no one answered the telephone. I then e-mailed prison attorney Mary Ellen Doucette- Lunstrum, asking for Mr. Adams' direct line number, explaining that I had been trying to speak with him since my August 26-27 visit. Ms. Doucette-Lunstrum advised that she would have Mr. Adams call me. [See attached e-mail].

e.    September 17, 2010

I e-mailed both Ms. Siereveld and Ms. Doucette-Lunstrum requesting that they ask Trey Adams to contact me so we could move forward in making Mr. Kadamovas's computer functional. I explained that since August 26th, my efforts to speak with Mr. Adams had been unsuccessful. In a September 20, 2010 e-mail reply, Ms. Doucette-Lunstrum advised she would have Mr. Adams call me. [See attached e-mail correspondence].

f.    October 1, 2010

Trey Adams called me, but I was unavailable to take his call. He did leave his direct line number on my voice mail.

g.    October 4 – 28, 2010

I have attempted to return Mr. Adams' telephone call at least five times (October 4, 5, 8, 11 and 28, 2010). I left messages each time, including an explanation of the reason for my call. Mr. Adams has not contacted me.[3]

6.    Mr. Kadamovas still does not have access to an operational computer that will allow him to access all his discovery and case related materials. As a

---

[3]I was also at the prison on September 30, 2010 and November 1, 2010, and no prison officials sought to address the computer problems or the progress of copying the CD covers.

4

consequence, there is no ability to undertake an inventory of his discovery files or to move forward with the purchase and installation of translation software so that Mr. Kadamovas can read in Russian his discovery and trial transcripts.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Margaret O'Donnell

Executed this 18th day of December, 2010.

5

## Margaret O'Donnell

From: Margaret O'Donnell [mod@dcr.net]
Sent: Friday, September 10, 2010 12:10 PM
To: 'Mary Ellen Doucette-Lunstrum'
Subject: RE: Contact Information for Trey Adams

Yes. About Kadamovas. Thank you. I thought he was on leave the week before last. I have been trying to speak with him about the computer problems since my last visit on 8/26 and 27.

-----Original Message-----
From: Mary Ellen Doucette-Lunstrum [mailto:mdoucette-lunstrum@bop.gov]
Sent: Friday, September 10, 2010 12:03 PM
To: Margaret O'Donnell
Subject: Re: Contact information for Trey Adams

His office is at the USP and I believe he was on leave last week. I will ask him to give you a call. Is this about Kadamovos?

Mary Ellen Doucette-Lunstrum
Supervisory Attorney Advisor
Federal Correctional Complex
4200 Bureau Road North
Terre Haute, Indiana    47802
(812) 238-3556

>>> "Margaret O'Donnell" <mod@dcr.net> 9/10/2010 9:41 AM >>>
Can you please provide me with the contact information for Trey Adams?
Thank you.

Margaret O'Donnell

Attorney at Law

P.O. Box 4815

Frankfort, KY  40604-4815

(502) 320-1837

mod@dcr.net

1

## Margaret O'Donnell

From: Mary Ellen Doucette-Lunstrum [mdoucette-lunstrum@bop.gov]
Sent: Monday, September 20, 2010 12:37 PM
To: Margaret O'Donnell
Cc: Katherine Siereveld
Subject: Followup to your 9/3 email – RE: J. Kadamovas

Hi Margaret,

In Katherines absence, I will ask Trey Adams to give you a call. We were all out of the office last week. Trey Adams may be able to answer your questions about the policy prohibitions as identified below.

Katherine will be back from training, next Monday.

Mary Ellen

Mary Ellen Doucette-Lunstrum
Supervisory  Attorney Advisor
Federal Correctional Complex
4200 Bureau Road North
Terre Haute, Indiana   47802
(812) 238-3556

>>> "Margaret O'Donnell" <mod@dcr.net> 9/17/2010 7:46 AM >>>
Dear Katherine,

Please excuse my delay in responding to your September 3, 2010 email.
I appreciate your responses to my continued inquiries concerning Mr. Kadamovas. I am hopeful that the long standing problems with the SPOs are now a thing of the past.

My co-counsel Barbara O'Connor and Benjamin Coleman and I are aware of Mr. Kadamovas*s hunger strike and know that he was moved on Friday to a strip cell, which we presume means without water. While we are worried about Mr. Kadamovas*s health, we understand his frustration and his firmly held belief that this is the only way he has to protest his concerns. We are in the process of contacting Warden Marberry with our questions about the monitoring of Mr. Kadamovas*s health and due
process considerations should force feeding be contemplated.

Can you please ask Trey Adams to contact me so that we can move forward on making the computer assigned to Mr. Kadamovas functional? Since August 26th, I have made several unsuccessful efforts, through you, Counselor Edwards and Mary Ellen Doucette-Lunstrum to speak with Mr.
Adams.

Also, can you please advise on the status of copying of the CDs?

Can you please direct me to the policies and regulations related to the prohibition of the translator in Mr. Kadamovas*s cell and the prohibition of him having in his cell a CD player with MP3 capability?

Thank you for your consideration.

-----Original Message-----

1

From: Katherine Siereveld [mailto:Katherine.Siereveld@usdoj.gov]
Sent: Friday, September 03, 2010 2:10 PM
To: Margaret O'Donnell
Cc: Michael L. Stephens; John S. Edwards; Todd Royer
Subject: Re: Followup -- 3 questions -- before you leave for 3 weeks

Margaret:
I have spoken with staff and Trey Adams (IT) has been off all week and if there is something he can do about the conversion issue with the computer when he returns I am sure he will tell us. They are working on the logistics of copying the cds and will let you know how much it costs.

Since the translator is unavailable for less than $100 and without a microphone I am afraid that it still violates policy for what Kadamovas can have in his cell. He is of course still able to utilize it whenever he is able to outside of his cell. In no way will he be prohibited from using it, he just has to use it within policy.

Mr. Kadamovas is not permitted to have an mp3 player in his cell.
Staff have already advised him how he can access Russian music.

With regard to the special purchase issue: we have confirmed that while apparently there was a delay to the process, that has been rectified and he does not have any products in the facility waiting to be delivered. Apparently he does have three outstanding orders that are in process.

Finally, Mr. Kadamovas has advised staff that he will initiate a hunger strike on Sept. 7 if he does not get his way. Please advise your client that we are willing to work with you and with him, however, there are simply some things that we cannot do because they violate policy which is based on security and staffing needs. It is my most sincere hope that he reconsiders as hunger strikes stress our already thin resources.
However be assured that if he decides to move forward we will monitor him and address his needs according to policy.

I hope this addresses your concerns.

I will contact you when I return.
Thanks,
Katherine

Katherine N. Siereveld
Attorney Advisor
FCC Terre Haute
4200 Bureau Road North
Terre Haute, Indiana 47802
(812) 238-3476


>>> "Margaret O'Donnell" <mod@dcr.net> 9/3/2010 10:00 AM >>>
I thought since this is your last day before you are scheduled to be gone for 3 weeks, I would follow up.


1.      What is the status of getting the Kadamovas computer operational?
And, the photo copies of the files?

2

2.      I would appreciate any definitive word on the feasibility of another
electronic translator in Mr. Kadamovas's cell.

3.      Can Mr. Kadamovas have a CD player with MP3 capability in his
cell?


Thank you.


Margaret O'Donnell

Attorney at Law

P.O. Box 4815

Frankfort, KY  40604-4815

(502) 320-1837

mod@dcr.net

3