# Exhibit 2

 Investigation request
Jenny Merrigan    to: hotline

07/15/2013 04:20 PM

I am an attorney representing several prisoners at Terre Haute Penitentiary in Terre Haute, IN. Recently, my clients have had problems with their mail being seriously damaged. In one case, all of the contents were lost. In another, 3 boxes were so severely damaged, that some of the contents fell out in transit.

The first case involved a box of scarves that was never delivered and all of the contents were lost. The box had a tracking number of 700916800000070420002. According to the Certified mail receipt, the box was shipped out of Terre Haute Penitentiary on April 25, 2013. However, it did not show up in the USPS tracking system until May 28, 2013. Shortly thereafter, my client was notified that his box had shown up at a post office in Philadelphia, but that it was empty.

The second case involved three boxes of legal material which were heavily damaged. A case was opened up regarding these boxes, case number C-A113079399. I have been in contact with Diane Hall, Supervisor at the Terre Haute USPS, and sent her photos of the boxes. Ms. Hall informed me that the boxes were too big to go through their machines. She investigated the matter and believed that the damage was done in the prison's mail room. The prison insists, however, that the damage was done by the USPS.

Ms. Hall recommended that I call the postal inspector, which I did today. I spoke with someone at the Detroit regional office who was assigned to the Indiana post offices. He told me that I needed to contact internal affairs for the prison to investigate whether the problem was at the prison and OIG in order to investigate whether the problem was with the USPS.

There have been serious and recurring problems with mail coming out of USPS Terre Haute's mail room. The prison consistently maintains that it is the problem of the USPS and the Terre Haute mail office. Would you please look into this matter? Some of the damaged and lost mail is legal mail, and all of it deserves the legal protections afforded to federal mail. I would greatly appreciate your assistance in this matter.

Sincerely,
Jennifer Merrigan


Jennifer Merrigan
Assistant Federal Defender
Capital Habeas Unit
Federal Defender Office
District of Delaware
800 North King Street
Wilmington, DE  19801
Jenny_Merrigan@fd.org
302.442.6546