# Exhibit 3



Jennifer Merrigan < jenmerrigan@gmail.com>

## OIG Complaint/Investigation Request

Jennifer Merrigan < jenmerrigan@gmail.com>
To: oig.hotline@usdoj.gov

Thu, Jul 18, 2013 at 10:13 AM

I am an attorney representing several prisoners at USP Terre Haute in Terre Haute, IN. I am formally requesting that the Office of Inspector General commence an investigation into the prison's handling of prisoner mail.

Over the past year, several prisoners in the Special Confinement Unit have had problems with their mail being lost or seriously damaged. Those incidents are detailed below. I am filing this request upon advice of the Office of Inspector General of the United States Post Office and the Supervisor at the USPS branch in Terre Haute, IN.

### Mail of inmate Robert Bolden

In May 2013 Mr. Bolden attempted to ship three boxes of confidential legal materials to his attorneys. All three boxes of legal material were heavily damaged, and many of the contents lost. I contacted Melissa Bayless, Unit Manager of the SCU at USP Terre Haute. Ms. Bayless opened up a case with the USPS regarding these boxes. (Case number C-A113079399) I have subsequently been in contact with Diane Hall, Supervisor at the Terre Haute USPS. I sent Ms. Hall photos of the boxes as well as photos of some of the contents that fell out of the damaged boxes and were actually re-delivered to Mr. Bolden. Ms. Hall informed me that the boxes were too big to have gone through USPS machines. She investigated the matter and believed that the damage was done in the prison's mail room, and not by the USPS. She advised that I contact the USPS OIG.

I contacted the USPS OIG and spoke with an inspector from at the Detroit regional office who was assigned to the Indiana post offices. He told me that I needed to contact OIG for the prison to investigate whether the problem was at the prison. Simultaneously, I lodged a complaint and investigation request with USPS OIG, in order to determine whether the problems are the fault of Terre Haute USPS or USP Terre Haute.

### Mail of inmate Kenny Lighty

In April 2013 Mr. Lighty attempted to ship a box of scarves to his attorney. The box was never delivered and all of the contents were lost. The box had a tracking number of 70091680000070420002. According to the Certified mail receipt, the box was shipped out of Terre Haute Penitentiary on April 25, 2013. However, according to USPS OIG, the box did not show up in the USPS tracking system until May 28, 2013. Shortly thereafter, my client was notified that his box arrived at a post office in Philadelphia, empty, with all of its contents missing. He has never received the box or the contents.

### Mail of inmate Jurijus Kadamovas

In September 2012, Mr. Kadamovas attempted to send three boxes of legal materials to his attorney. Only two of the boxes were actually delivered. One of those two was delivered in a different box than it was originally shipped. The third has never been delivered and is lost, though

some of its contents (ie. Materials that had been previously mailed to Mr. Kadamovas) were re-delivered to Mr. Kadamovas.

These are serious and recurring problems with mail coming out of USP Terre Haute. I am requesting that you please look into this matter. Some of the damaged and lost mail is legal mail, and all of it deserves the legal protections afforded to mail. I would greatly appreciate your assistance in this matter.

Sincerely,
Jennifer Merrigan

. Assistant Federal Defender
Capital Habeas Unit
800 N. King, Suite 200
Wilmington De 19801
302.573.6010