# Exhibit 4

Margaret O'Donnell
Attorney at Law
P.O Box 4815
Frankfort, Kentucky 40604-4815
(502) 320-1837
mod@dcr.net

July 24, 2015

US Postal Service
Office of Inspector General
1735 N. Lynn Street
Arlington, VA  22209-2020

To Whom It May Concern:

I write to inquire about the status of the investigation initiated two years ago about lost and destroyed mail being sent by prisoners at USP Terre Haute in Terre Haute, Indiana. Jennifer Merrigan, an attorney representing Federal Death Row Prisoner Robert Bolden filed a request for an investigation on behalf of her client, my client Jurijus Kadamovas, who is also on Federal Death Row and Kenneth Lighty, another Federal Death Row prisoner. I enclose the relevant documents related to the request for an investigation.

I request an update on the status of this investigation.

Sincerely,

Margaret O'Donnell
Margaret O'Donnell
Attorney at Law

cc: Jurijus Kadamovas
    Jennifer Merrigan