# Exhibit 6




**Federal Bureau of Prisons**

*Federal Correctional Complex*
*Terre Haute, Indiana*

---

**Office of the Warden**

April 5, 2013

Margaret O'Donnell
Attorney at Law
P.O. Box 4815
Frankfort, Kentucky 40604-4815

Dear Ms. O'Donnell:

Thank you for your correspondence dated March 27, 2013, in regard to your client, Jurijus Kadamovas, currently housed in the Special Confinement Unit (SCU) at the Federal Correctional Complex (FCC), Terre Haute, Indiana. Your correspondence outlines your concerns with a box of mailed legal files that was not received in your office and the amount of legal materials inmates are able to retain in their cells.

A review of the matter reveals on September 11, 2012, Mr. Kadamovas mailed three boxes of legal materials to your office. Two boxes were received; however, one was not received in its original box. Additionally, some of the materials from the third box were mailed back to Mr. Kadamovas with other documents that were not his or related to the prison. Institution records show that the boxes were mailed by Mr. Kadamovas. However, the institution cannot be responsible for the package once it is received by the post office. It would appear that these boxes were compromised in transit by the United States Postal Service, as there is no evidence that this occurred at USP Terre Haute.

Additionally, Program Statement 1315.07, <u>Legal Activities, Inmate</u>, states in regard to inmates retaining legal materials, "Ordinarily, the amount may not be restricted below three cubic feet per inmate. In a segregation or detention area, the amount ordinarily may not be restricted below one cubic foot per inmate." Institution Supplement THX5566.05I, <u>Operation and Security of the Special Confinement Unit</u>, states, "Inmates are allowed to maintain up to three cubic feet of legal material in their cell needed for active litigation. If the inmate requires more than the amount allowed of legal material, he may request through the Unit Manager a temporary increase of legal material." Currently, in addition to the three feet Mr. Kadamovas maintains in his cell, he has additional materials stored in the unit team area.

If you have any further or additional concerns, please do not hesitate to contact my office.

Sincerely,

J. F. Caraway
Complex Warden