# Exhibit 9

*Embassy of Lithuania*
*2622 16th Street NW*
*Washington, D.C. 20009*

FCC-TERRE HAUTE
SPECIAL/LEGAL MAIL

DATE/TIME RCVD FROM POST OFFICE _1-27-19 δ:30~_

DATE/TIME RCVD FROM MAIL ROOM _1-22-19 100p_

RECEIVED BY _SH_

DATE/TIME DELIVERED _1-22-19_

DELIVERED BY _____



U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC
20009
JAN 18, 19
AMOUNT
$2.68
R2304N117413-50

47808

1000

**JURIJUS KADAMOVAS** # 21050-112
U.S.P. TERRE HAUTE        _X02 - 415L_
P.O. BOX 33
TERRE HAUTE, IN 47808-0033

*CONSULAR CORREPSNDENCE*
*SENT IN ACCORDNANCE WITH*
*ARTICLES 3 AND 36.1(A) OF THE VIENNA CONVENTION*
*ON CONSULAR RELATIONS (DONE AT VIENNA ON APRIL.*

2622 16th Street, NW
Washington, DC 20009

X02-410L

JURIJUS KADAMOVAS # 21050-112
U.S.P. TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808-0033

*CONSULAR CORREPSNDENCE
SENT IN ACCORDNANCE WITH
ARTICLES 3 AND 36.1(A) OF THE VIENNA CONVENTION
ON CONSULAR RELATIONS (DONE AT VIENNA ON APRIL 24, 1963)*

FCC-TERRE HAUTE
SPECIAL/LEGAL MAIL
DATE/TIME RCVD FROM POST OFFICE 02-26-18
DATE/TIME RCVD FROM MAIL ROOM   2-26-18   1200
RECEIVED BY
DATE/TIME DELIVERED   2-26-18
DELIVERED BY