# Exhibit 10

Embassy of the Republic of Lithuania
2622 16th Street N.W.
Washington, DC 20009

 

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC
20009
MAR 21, 19
AMOUNT
**$1.90**
R2305M148396-13

1000

47808

**JURIJUS KADAMOVAS** # 21050-112
U.S.P. TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808-0033

*CONSULAR CORREPSNDENCE*
*SENT IN ACCORDNANCE WITH*
*ARTICLES 3 AND 36.1(A) OF THE VIENNA CONVENTION*
*ON CONSULAR RELATIONS (DONE AT VIENNA ON APRIL 24, 1963)*