# Exhibit 11

BP-A0328    .STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address)<br>EMBASSY OF LITHUANIA<br>2622 16TH ST.<br>WASHINGTON D.C.  20009 | FROM: (Institution)<br>FEDERAL CORRECTIONAL COMPLEX<br>4700 BUREAUROAD SOUTH<br>TERRE HAUTE, IN 47802 | |
|---|---|---|
| INMATE'S NAME:<br><br>KADAMOVAS, JURIJUS | REGISTER NUMBER:<br><br>20050-112 | DATE:<br><br>4-18-2016 |

Check all that apply:

| Material Rejected and Returned | Package Refused and Returned |
|---|---|
| Your correspondence has been examined and: | The contents of your correspondence have NOT been examined, however it is being returned to you because: |
| ☐ You enclosed stamps or stamped items that cannot be given to the inmate. | ☐ The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| ☐ You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>    Federal Bureau of Prisons<br>    [Insert Inmate Name]<br>    [Insert Inmate Register Number]<br>    Post Office Box 474701<br>    Des Moines, Iowa 50947-0001 | ☐ The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| You enclosed the following unauthorized material: | ☐ The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| ☐ Stationary/Blank Greeting Cards | |
| ☐ Plant Shavings | |
| ☐ Sexually Explicit Personal Photos | |
| ✓ Other (specify below) | |
| The following material cannot be inspected without damage: | |
| ☐ Electronic Musical Greeting Card | |
| ☐ Padded Card | |
| ☐ Double Faced Polaroid Photos | |
| ☐ Other (specify below) | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | |

Specific Material Returned:
UNAPPROVED SOURCE FOR BOOKS:  PROGRAM STATEMENT 5266.11, INCOMING PUBLICATIONS:  "At medium security, high security, and administrative institutions, an inmate may receive softcover publications (for example, paperback books, newspaper clippings, magazines, and other similar items) only from the publisher, from a book club, or from a bookstore."

RETURNING (3) MAGAZINES AND (1) NEWSPAPER, RECEIVED FROM AN UNVERIFIED SOURCE AS OUTLINED IN POLICY.

(Printed or Typed Name and Written Signature of Correctional Systems Officer)

G. SLATON, CSO

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                          Prescribed by P5800              Replaces BP-328.058 of APR 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender-See Return Address) | FROM: (Institution) |
|---|---|
| EUROPEAN COURT OF HUMAN RIGHTS<br>CC INTERNATIONAL<br>CH 8010 ZURICH MULLIGEN<br>SWITZERLAND | United States Penitentiary<br>P.O. Box 33<br>Terre Haute, IN 47808 |
| RE: (Inmate's Name and Register No.)<br><br>KADAMOVIS JURIJUS 21050-112     X | DATE:<br><br>August 31, 2009 |

**SUBJECT:** Correspondence Returned to Sender

 General correspondence privileges for the above referenced inmate were suspended until further notice. General correspondence is restricted to approved immediate family members.  (See Program Statement 5265.11, Correspondence, and 28 CFR 540.15)

You may appeal this restriction through the Administrative Remedy Procedure as outlined in 28 CFR Part 542 and Program Statement 1330.13, Administrative Remedy Program.

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on "Correspondence" as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement  on correspondence.  You have the right to appeal this rejection by writing the Warden in care of the above address.  The inmate to whom you addressed your correspondence has been notified that this correspondence has been returned to you and of his or her right to appeal the rejection.

T.K. COZZA-RHODES, Associate Warden

(Printed or Typed Name and Written Signature of the Warden)

J.K. RECEIVED

ON  10 SEP 09



# LIETUVOS RESPUBLIKOS AMBASADA JUNGTINĖSE AMERIKOS VALSTIJOSE
## EMBASSY OF THE REPUBLIC OF LITHUANIA TO THE UNITED STATES OF AMERICA

Administration of US Penitentiary at Terre Haute, IN          12/11/2008 No. 5.1.5- 593

Attn. Case Manager
B. English
4700 Bureau Road South
Terre Haute, IN 47802

**Dear Sirs,**

The Embassy of the Republic of Lithuania to the United States of America presents its compliments to the Administration of US Penitentiary at Terre Haute, Indiana and has the honor to request its clarification on correspondence issues concerning Lithuanian citizen Mr. Jurijus Kadamovas, who is being held as a prisoner at US Penitentiary at Terre Haute.

We kindly inform you, that Embassy of Lithuania sent an official package of correspondence to Mr. Kadamovas on July 25th, 2008. However, this package was returned to the Embassy with the note of US Department of Justice-Federal Bureau of Prisons (as of August 20th, 2008), where among other things it was stated, that "general correspondence privileges for the above referenced inmate were suspended until further notice."

In accordance with Vienna Convention on Consular Relations as of April 24th, 1963 (Article 36) the Embassy is kindly requesting the Administration to clarify the grounds for rejection of official correspondence package, which was addressed to the above mentioned Lithuanian citizen. The Embassy would highly appreciate further assistance of the Administration concerning this particular issue.

The Embassy of the Republic of Lithuania avails itself of this opportunity to renew to the Administration of US Penitentiary at Terre Haute, Indiana the assurances of its highest consideration.

Sincerely,

Consular Attaché                                             Laimis Rubinskas

*Tel.1-202-234-5860 ext.127*

2622 16th Street, N.W., WASHINGTON, D.C. 20009
Tel. +202 234 5860. Fax +202 328 0466, e-mail admin@ltembassyus.org