Terry Baugh Sr
201 cherry St
Terre Haute IN
47807

**RECEIVED**

NOV 0 7 2019

**U.S. CLERK'S OFFICE**

**UNITED STATES MARSHAL**
**PACKAGE SCREENED BY**
**X-RAY/MAGNETOMETER**

INDIANAPO

05 NOV 2019

Barn Swallow

U.S Court House
921 Ohio St
Terre Haute IN
47807

47807-373879