Jurijus Kadamovas Reg. No. 21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

UNITED **STATES** MARSHAL
PACKAGE SCREENED BY
**X**-RAY/**MAGNETOMETER**





**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**

9114 9014 9645 1825 4509 34

Label 400  Jan. 2013
7690-16-000-7948

*Legal Special*
*Mail*



US OFFICIAL MAIL ≫ PENALTY FOR PRIVATE USE $300

PITNEY BOWES

ZIP 47802  **$ 000.00⁰**
02 1W
0004887589

*The Office of the Clerk*
*of the U.S. District Court*
*921 Ohio Street*
*Room 104*
*Terre Haute, IN 47807*

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED

FEB 0 3 2020

U.S. CLERK'S OFFICE