Jurijus Kadamovas Reg. No. 21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808



INMATE
IDENTIFICATION
CONFIRMED



**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**

9114 9023 0722 4291 8252 47

Label 400  Jan. 2013
7690-16-000-7948



LEGAL SPECIAL
MAIL

ZIP 47802  $ 000.00⁰
02  IN
0004687589

THE OFFICE OF THE CLERK
OF THE U.S. DISTRICT COURT
921 OHIO STREET
ROOM 104
TERRE HAUTE, IN 47807

RECEIVED
MAR 3 0 2020
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE
X-RAY/MAGNETOMETER