# Exhibit 2



**U. S. Department of Justice**

**United States Attorney**
**Central District of California**

*Kim Meyer*
*Assistant United States Attorney*
*(213) 894-8559*
*(213) 894-3713 (facsimile)*

*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

October 22, 2002

VIA FACSIMILE and FEDERAL EXPRESS

Re:  **United States v. Iouri Mikhel, et. al, CR 02-220(A)-NM**

Dear Counsel:

  Pursuant to the government's ongoing obligation to produce discovery, enclosed you will find FBI memoranda of interview, inventory of search results, and victim Meyer Muscatel materials (bates numbers 15289 - 15663). Please be advised that the first document is a report from SA Louis Perez in which he describes notes that were retrieved from the trash at Designed Water World. These notes were not available for your inspection previously because they had been ripped up into small pieces and had to be reconstructed. These notes are scheduled to be sent for forensics testing on Monday, October 28, 2002, so if you would like to look at them before then, please contact SA Perez **by no later than this Friday, October 25, 2002,** at (310) 502-1051 to arrange an appointment.

  Also be advised that in the search of Altmanis' residence, we recovered his personal diary and other papers containing telephone numbers and addresses that we have not produced to you.