# Exhibit 3

70-3.11.20  (4/92)  DOH (11-12-94)

## STATEMENT FORM

| Tape No. | | | | | | | | | | | Page __1__ of __1__ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| --- | | | | | | | | | | | |

| Wit. No.   --- | | | | | | | | | DR No. 02-09-14049 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Name | | | | Date/Time of Interview | | | | Location of Interview | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Faktorovich, Ninel | | | | 03/06/02; 1145 Hours | | | | Business Address | | | |

| :esid. Add. | | | | City | | | | Zip Code | Phone | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Care of Investigating Officer | | | | --- | | | | --- | --- | | |

| Bus. Add. | | | | City | | | | Zip Code | Phone | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| --- | | | | --- | | | | --- | --- | | |

| Sex | Desc. | Hair | Eyes | Hgt. | Wgt. | DOB | Age | Drivers Lic. No./Other ID | | | State |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | Wht | --- | --- | --- | --- | --- | 43 | --- | | | -- |

| Interviewing Officer(s) | | Serial No(s) | Division |
|---|---|---|---|
| Mosher, E. | | 30115 | RHD/HSS-1 |

| Other Person(s) | | | |
|---|---|---|---|
| Berchem, M. | | 23465 | RHD/HSS-1 |

Statements: Use third person. Include who, what, where, when, why and how.

Ninel Faktorovich, AKA "Nelly", was shown photographic "six pack" line-ups of Jurijus Kadamovas, (line up A) and Ainar Altmanis, (line up B). These line-ups were shown in reference to the kidnap and murder of Rita Pekler. While viewing the photos, Faktorovich was very hesitant. She looked at the line-ups quickly and was unable to identify anyone. She did say that the person who came in to see Rita had a Russian accent, which she thought was from the Moscow area/Russian Federation.

32566