# Exhibit 7

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 23 2017

FILED
DOCKETED

DATE                    INITIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | **CA NO. 07-99009** |
| Plaintiff-Appellee,   ) | |
| ) | |
| v.                    ) | |
| ) | |
| JURIJUS KADAMOVAS,               ) | |
| ) | |
| Defendant-Appellant. ) | |

---

**REQUEST FOR FUNDS TO TRANSLATE OPENING BRIEF,
APPELLEE'S BRIEF AND REPLY BRIEF INTO RUSSIAN**

Jurijus Kadamovas, *pro se*, pursuant to the Fifth,

Sixth and Eighth Amendments to the United States

Constitution as well as Article 14(3)(f) of the

International Covenant on Civil and Political Rights,

respectfully requests authorization for funding to

translate his opening brief (both his individual brief

and the joint brief), the appellee's brief and the reply

brief from English to Russian.

Mr. Kadamovas's native language is Russian. At the

time of his arrest and his 2006/07 trial, he spoke little

English. Although his English has improved over time, he

1

still struggles with the language. In order to understand exactly what is being argued in his appeal, he asks this Court to authorize funding for the translation of the briefs from English to Russian.

Article 14(f)(3) of the International Covenant on Civil and Political Rights provides:

> In the determination of any criminal charge against him, everyone shall be entitled to the following minimum guarantees, in full equality: . . . [t]o have the free assistance of an interpreter if he cannot understand or speak the language used in court . . .

Without translation of the briefs submitted in this appeal, Mr. Kadamovas, as a native Russian speaker, will be unable to fully participate in his appeal.

WHEREFORE, for all the above reasons, Jurijus Kadamovas requests authorization for funding to translate his opening brief (both his individual brief and the joint brief), the appellee's brief and the reply brief from English to Russian.

Respectfully submitted,

Jurijus Kadamovas
*Pro se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2017, I mailed by United States Mail this request for funding to the Molly Dwyer, Clerk of the Court for the United States Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939, and to Anthony Brown, Assistant United States Attorney, U.S. Attorney's Office, 8000 United States Courthouse, 411 W. 4th Street, Santa Ana, CA 92701.

Jurijus Kadamovas

3

**FILED**

APR 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-99009 |
| Plaintiff-Appellee, | D.C. No. CR-02-00220-DT |
| v. | Central District of California, Los Angeles |
| JURIJUS KADAMOVAS, | |
| Defendant-Appellant. | ORDER |

On January 23, 2017, this court received appellant's pro se motion for funds to translate the briefs filed in this appeal from English to Russian, which the court served electronically on appellant's appointed counsel. Because appellant is represented by counsel and only counsel may file motions, this court therefore declines to entertain the submission. (Docket Entry No. 328).

The previously established briefing schedule remains in effect.

In addition to serving this order on counsel of record, the Clerk shall also serve this order on appellant individually at Reg. No. 21050-112, United States Penitentiary Terre Haute, P.O. Box 33, Terre Haute, Indiana 47808.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7

DL/AppComm Direct Criminal