# Exhibit 8

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

- - -

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,              )
                                       )
              PLAINTIFF,               )
                                       )
VS.                                    )    CR 02-220
                                       )
JURIJUS KADAMOVAS, et al.,             )
                                       )
              DEFENDANT.               )
_____)


STATUS CONFERENCE

REPORTER'S TRANSCRIPT OF PROCEEDINGS
TUESDAY, AUGUST 10, 2004
A.M. SESSION
LOS ANGELES, CALIFORNIA


JENNIFER L. CHESHIRE-SMITH, CSR 10358, RMR, CRR
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 440
LOS ANGELES, CALIFORNIA 90012
PH:   (425) 301-8485
jennifersmithcrr@gmail.com


UNITED STATES DISTRICT COURT

APPEARANCES OF COUNSEL:

ON BEHALF OF PLAINTIFF:
          DEBRA W. YANG
          UNITED STATES ATTORNEY
          BY:   ROBERT DUGDALE
          -- AND --
          SUSAN DEWITT
          ASSISTANT UNITED STATES ATTORNEY
          1100 UNITED STATES COURTHOUSE
          312 NORTH SPRING STREET
          LOS ANGELES, CA 90012


ON BEHALF OF DEFENDANT MIKHEL:
          RICHARD CALLAHAN
          ATTORNEY AT LAW

ON BEHALF OF DEFENDANT KADAMAVOS:
          MARCIA BREWER
          ATTORNEY AT LAW

ON BEHALF OF DEFENDANT KRYLOV:
          DAVID EVANS
          -- AND --
          GEORGE BUEHLER
          ATTORNEYS AT LAW

ON BEHALF OF DEFENDANT SOLOVYEVA:
          TERRY AMDUR
          ATTORNEY AT LAW

ON BEHALF OF DEFENDANT BENNETT:
          TERRENCE BENNETT

UNITED STATES DISTRICT COURT

LOS ANGELES, CALIFORNIA; TUESDAY, AUGUST 10, 2004

--oOo--

THE CLERK:  This is Case Number CR 02-220B, United States of America versus Iouri Mikhel, Jurijus Kadamovas, Petro Krylov, Natalya Solovyeva, and Aleksejus Markovskis.

Counsel, please state your appearance.

MR. DUGDALE:  Good morning, Your Honor.  Robert Dugdale on behalf the United States.

MS. DeWITT:  Susan DeWitt on behalf of the United States.

THE COURT:  Good morning.

MR. CALLAHAN:  Richard Callahan on behalf of Iouri Mikhel.  He's present and in custody.

THE COURT:  Good morning.

MS. BREWER:  Good morning, Your Honor.  Marcia Brewer on behalf of Mr. Kadamovas.  He's present and in custody with an interpreter.

MR. EVANS:  David Evans and George Buehler on behalf of Mr. Krylov, who is present and in custody.

MR. AMDUR:  Good morning, Your Honor.  Terry Amdur on behalf of Natalya Solovyeva.  She's present and assisted by the court interpreter.

MR. BENNETT:  Good morning, Your Honor.  Terrence Bennett on behalf of Mr. Markovskis, who is present in custody.

UNITED STATES DISTRICT COURT

THE COURT:  We're here on arraignment in the second superseding indictment, and we'll take the defendant's pleas. I'm going to ask the clerk to arraign the defendants on the second superseding indictment.

THE CLERK:  Defendant Number 1, is Iouri Mikhel your true and correct name?

THE DEFENDANT MIKHEL:  Yes.

THE CLERK:  Have you been informed of your constitutional rights?

THE DEFENDANT MIKHEL:  Yes.

THE CLERK:  Have you received a copy of the second superseding indictment?

THE DEFENDANT MIKHEL:  Yes.

THE CLERK:  Do you waive reading of the second superseding indictment?

THE DEFENDANT MIKHEL:  Yes.

THE CLERK:  How do you now plead to Counts 1 through 6 of the second superseding indictment?  Guilty or not guilty?

THE DEFENDANT MIKHEL:  Not guilty.

THE CLERK:  Have you received a copy of the Government's notice of intent to seek the death penalty?

THE DEFENDANT MIKHEL:  Yes.

THE CLERK:  Defendant Number 2, is Jurijus Kadamovas your true and correct name?

THE DEFENDANT KADAMOVAS:  Yes.

THE CLERK:  Have you been informed of your constitutional rights?

THE DEFENDANT KADAMOVAS:  No.

THE COURT:  All right.  Why don't we go on to the next defendant, and then we'll advise this defendant of his constitutional rights.

THE CLERK:  Defendant Number 3, is Petro Krylov your true and correct name?

THE DEFENDANT KRYLOV:  Yes.

THE CLERK:  Have you been informed of your constitutional rights?

THE DEFENDANT KRYLOV:  Yes.

THE COURT:  Have you received a copy of the second superseding indictment?

THE DEFENDANT KRYLOV:  Yes.

THE CLERK:  Do you waive reading of the second superseding indictment?

THE DEFENDANT KRYLOV:  Yes.

THE COURT:  How, then, do you plead to Counts 1 through 6 of the second superseding indictment?  Guilty or not guilty?

THE DEFENDANT KRYLOV:  Not guilty.

THE CLERK:  Have you received a copy of the Government's notice of intent to seek the death penalty?

THE DEFENDANT KRYLOV:  Yes.

THE CLERK:  Defendant Number 4, is Natalya Solovyeva your true and correct name?

THE DEFENDANT SOLOVYEVA:  Yes.

THE CLERK:  Have you been informed of your constitutional rights?

THE DEFENDANT SOLOVYEVA:  Yes.

THE CLERK:  Have you received a copy of the second superseding indictment?

THE DEFENDANT SOLOVYEVA:  Yes.

THE CLERK:  Do you waive a reading of the second superseding indictment?

THE DEFENDANT SOLOVYEVA:  Yes.

THE CLERK:  How, then, do you plead to Counts 1 through -- excuse me, Count 1, 3, and 4 of the indictment? -- second superseding indictment?  Guilty or not guilty?

THE DEFENDANT SOLOVYEVA:  Not guilty.

THE CLERK:  Defendant Number 5, is Aleksejus Markovskis your true and correct name?

THE DEFENDANT MARKOVSKIS:  Yes.

THE CLERK:  Have you been informed of your constitutional rights?

THE DEFENDANT MARKOVSKIS:  Yes.

THE CLERK:  Have you received a copy of the second superseding indictment?

THE DEFENDANT MARKOVSKIS:  Yes.

THE CLERK:  Do you waive reading of the second superseding indictment?

THE DEFENDANT MARKOVSKIS:  Yes.

THE COURT:  How, then, do you plead to Counts 1, 2, and 4 of the second superseding indictment?  Guilty or not guilty?

THE DEFENDANT MARKOVSKIS:  Not guilty.

THE COURT:  All right.  Let's go back to the second defendant.

THE CLERK:  Is Jurijus Kadamovas your true and correct name?

THE DEFENDANT KADAMOVAS:  Yes.

THE CLERK:  Have you been informed of your constitutional rights?

THE DEFENDANT KADAMOVAS:  Maybe.  I don't remember.

THE COURT:  Well, let's advise the defendant of his constitutional rights.

All right, sir.  I want to advise you of your constitutional rights.  All right.  You have a right to a speedy and public trial.  You have a right to counsel throughout the proceedings.  If you cannot afford a lawyer, one will be appointed for you free of charge.  You're presumed innocent -- just one second.

All right, sir.  You have a right to be tried by a

jury, alternatively, you can waive your right to a jury trial and be tried by the Court.  In either case, you have a right to persist in your plea of not guilty, and you're entitled to the presumption of innocence.  You have the right to have the Government prove your case beyond a reasonable doubt.  You have the right to be represented by an attorney throughout the proceedings, and if you cannot afford one, one will be appointed free of charge.

You also have the right to present witnesses on your own behalf, and you have the right to have witnesses subpoenaed to testify.  You have the right to confront and cross-examine all witnesses called to testify against you. You also have a privilege against self-incrimination, that is, the right to remain silent.

And while you can testify on your own behalf, you cannot be compelled to testify or to incriminate yourself in any way.  And if you elect not to testify, that fact cannot be used against you at trial.

In the event of a conviction after trial, you have the right to appeal that conviction and sentence.

All right.  Why don't you continue.

THE CLERK:  Have you received a copy of the second superseding indictment?

THE DEFENDANT KADAMOVAS:  No.

THE COURT:  All right, Counsel.  Do you have a copy

of the second superseding indictment?

MS. BREWER:  Yes, Your Honor.

THE COURT:  Have you given a copy of that to your client?

MS. BREWER:  The second superseding indictment is in English.  He wouldn't be able to read it.  We're in the process of obtaining funds to have it translated into Russian.

THE COURT:  Okay.  Is there a translator here this morning?

MR. BREWER:  Your Honor, the document has been translated in a meeting with Mr. Kadamovas.  It has been translated in a meeting, and it's been read to him in Russian.

THE COURT:  Okay.  So it has been read to him.

MS. BREWER:  He just physically doesn't have a copy of it.

THE COURT:  All right.  But you have an English copy; correct?

MS. BREWER:  I do.

THE COURT:  All right.  Go ahead.

THE CLERK:  Do you waive reading of the second superseding indictment?

THE DEFENDANT KADAMOVAS:  Well, basically I'm familiar with the document, but I would like to have a

UNITED STATES DISTRICT COURT

Russian copy for myself.

THE COURT:  Would you like to have the indictment read to you in open court this morning?

THE DEFENDANT KADAMOVAS:  No.

THE CLERK:  How, then, do you plead to Counts 1 through 6 of the indictment?  Guilty or not guilty?

THE DEFENDANT KADAMOVAS:  Not guilty.

THE CLERK:  And have you received a copy of the Government's notice of intent to seek the death penalty?

THE DEFENDANT KADAMOVAS:  Well, I know about that, yes, but I haven't received anything yet.

THE COURT:  All right, Counsel.  Have you received a copy of the Government's notice of intent to seek the death penalty?

MS. BREWER:  Yes, Your Honor.

THE COURT:  Have you shared that with your client?

MS. BREWER:  Yes, we have.

THE COURT:  All right.  And Count 7, as I understand it, the Government is seeking forfeiture in Count 7.  All the defendants are apprised of that, and there is also a notice of special findings, which I assume are sentencing enhancements that the Government will be seeking; is that correct?

MR. DUGDALE:  Your Honor, the notice of special findings are the statutory aggravating factors that make the

defendants eligible for the death penalty.

THE COURT:  All right.  Are there any other -- does anybody have anything else they wish to raise this morning?

MR. DUGDALE:  Nothing from the Government, Your Honor.

THE COURT:  All right.  Anything on behalf of the defendants?

MR. AMDUR:  Not this morning.

MS. DeWITT:  Your Honor, just so you'll know, one of the things we've been talking to defense counsel about is preparing some kind of scheduling order to prepare upcoming anticipated motions and deadlines.  I think we all agreed it didn't make a lot of sense to try to address some of timing of those issues with Your Honor since this is not your calendar that this is going to be before.  We're going to try to workout something in writing that we can submit to Judge Manella so she can adjust that to her calendar or make appropriate rulings.  So we do have that in progress, or at least that's intended to go forward, but it didn't make sense to us at this time to try to address those issues.

THE COURT:  That's fine.

All right.  Thank you very much.

(Whereupon, at 10:19 am, the proceedings were. concluded.)

CERTIFICATE OF REPORTER


COUNTY OF LOS ANGELES          )

                               )   SS.

STATE OF CALIFORNIA            )


I, JENNIFER L. CHESHIRE-SMITH, OFFICIAL REALTIME COURT REPORTER, REGISTERED MERIT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.



DATE:   MARCH 25, 2009


_____

JENNIFER L. CHESHIRE-SMITH, CSR 10358 RMR, CRR

FEDERAL OFFICIAL COURT REPORTER




UNITED STATES DISTRICT COURT

**USA V. MIKHEL et al.**
**CASE # 2:02-000220-002**

### Discovery Documents Translated from
### English into Russian to date:

| DATE OF SUBMISSION TO COUNSEL | DOCUMENT | # OF PAGES | BATES STAMP # | BILLED |
|---|---|---|---|---|
| 7/22/03 | 302/Todd Provencio | 2 | 00011- 00012 | |
| | 302/Todd Kellis Owen | 1 | 00015 | |
| | 302/Gary Manuel Touzjian | 2 | 00016-00017 | |
| | 302/ Krylov 12/17/01 | 2 | 00024-00025 | |
| | 302/Zoya Bartel | 1 | 00030 | |
| | 302/Lydia Phillips | 2 | 00031-00032 | |
| | 302/ "Source" 1/14/02 | 1 | 00199 | |
| | 302/ Mikhaylov | 6 | 00205-00210 | |
| | 302/Olga Preiss | 1 | 00215 | |
| | 302/Svetlana Safiev | 2 | 00328-00329 | |
| | | Total: 20 | | $1050.60 |
| 1/23/04 | 1st Superceding Indictment | 17 | n/a | $593.47 |
| 4/9/04 | 302/Altmanis | 15 | 03687-03701 | $972.57 |
| 4/15/04 | 302/ Altmanis | 23 | 03702 – 03724 | |
| | 302/Altmanis | 7 | 03735-03741 | |
| | 302/Altmanis | 1 | 03744 | |
| | | Total: 31 | | $1897.20 |
| 1/24/05 | 302/ Solovyeva 2/26/02 | 2 | 00647-00648 | |
| | 302/Kadamovas 2/19/02 | 8 | 00528-00535 | |
| | | Total: 10 | | $650.93 |
| 2/21/05 | 302/ Solovyeva 2/19/02 | 2 | 00543-00544 | |
| | 302/Markovskis 3/22/02 | 4 | 01665-01668 | |
| | 302/Tezhik 7/24/02 | 2 | 17983-17984 | |
| | | Total: 8 | | $430.27 |
| 3/4/05 | Second Superceding Indictment | 40 | n/a | $1409.64 |
| 3/15/05 | 302/ Gary Paronyan | 3 | 00335-00337 | |
| | 302/ Devital 1/29/02 | 3 | 00409-00411 | |
| | 302/Tezhik 7/24/02 | 2 | 17987-17988 | |
| | 302/Tezhik 1/29/02 | 1 | 00412 | |
| | 302/Tezhik 1/29/02 | 1 | 00420 | |
| | 302/Tezhik 1/31/02 | 1 | 00433 | |
| | 302/Tezhik 2/4/02 | 1 | 00456 | |

BUT J.KADAMOVAS WAS ARESTED 2/19/02!

SECOND SUP. INDICTMENT WAS FILED BY GOV. IN JUNE 2004 I GOT TRANSLATED
3/4/05

EXHIBIT W

2 OF 2

| | | | | |
|---|---|---|---|---|
| 3/15/05 (cont-d) | 302/Tezhik 2/1/02 | 1 | 00460 | |
| | 302/Tezhik 2/5/02 | 1 | 00476 | |
| | 302/Tezhik 2/6/02 | 1 | 00477 | |
| | 302/Tezhik 2/8/02 | 1 | 00487 | |
| | 302/Tezhik 2/11/02 | 1 | 00507 | |
| | 302/Tezhik 2/13/02 | 1 | 00511 | |
| | 302/Tezhik 2/15/02 | 1 | 00512 | |
| | 302/Tezhik 2/17/02 | 1 | 00521 | |
| | | **Total: 20** | | **$771.29** |
| | | | | |
| 3/27/05 | 302/ Jeffrey Dabbs 3/4/02 | 2 | 00679-00680 | |
| | 302/ Shy Cohen  3/21/02 | 3 | 01662-01664 | |
| | 302/ Zadoyen  2/19/02 | 3 | 00553-00555 | |
| | 302/ Alex Shabun  2/21/02 | 2 | 00589-00590 | |
| | 302/ Olga Preiss 3/12/02 | 1 | 00862 | |
| | 302/Mark Rabinovich | 2 | 00551-00552 | |
| | 302/ Highway 49 Search | 2 | 00673-00674 | |
| | 302/ Devital  2/28/02 | 1 | 00649 | **$884.68** |
| | | **Total: 16** | | |
| 4/5/05 | 302's/Altamnis 5/14/04: | | | |
| | - tattoos | **3** | n/a | |
| | - Ruben | **2** | n/a | |
| | - insurance fraud | **10** | n/a | |
| | - $100,000 | **3** | n/a | |
| | | **Total: 18** | | **$1028.33** |
| | | **Total Pages:** **163** | | **Total Billed:** **$9688.98** |

In production (to be submitted by 4/25/04):

| | | |
|---|---|---|
| 302/ Devital | 18266 | 1 page |
| Toulumne County Sheriff's Report | 35555 | 1 page |
| Notice of Intent to Seek the Death Penalty | n/a | 3 pages |
| Summaries of Markovskis' phone calls | 57734-57738 | 5 pages |
| 302/Markovskis | 57680-57707 | 28 pages |
| 302/Michael Chernykh | 36510-36512 | 3 pages |
| 302/Paniouchkine | 18246-18248 | 3 pages |
| 302/Paniouchkine | 18226-18235 | 10 pages |
| **Total Pages:** | | **59 pages** |
| **Estimated Cost:** | | **$3,911.70** |

+ 9,688. 98
3,911. 70
13,600. 68
TOTAL BILLED.

163
+ 59
222 PAGES
TOTAL:

DOCUMENT TRANSLATED
FOR - 222 PAGES
GOVERNMENT PAYED $13,600. 68