UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Jurijus Kadamovas
        PETITIONER,

T. J. Watson
Warden United States
penitentiary, Terre Haute
( U. S. P.),

        RESPONDENT.

CAUSE NO:

2:19-cv-00540 - JPH-MJD

**FILED**

MAR 3 0 2020

**U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA**

## MOTION TO AMEND AND SUPPLEMENT BY RULE 15 (A) FED. R. CIV. P.,

Comes the petitioner Jurijus Kadamovas
Pro - Se and ask this court to amend and
supplement his original complain, for follow-
ing reasons.

1) Kadamovas learn from other cases more
proper requirements for 2255 (E) "Saving Clause"
- "Escape Hatch" which was not available to him
early, because his English language difficulties,
and Limited access to Law Library.

2) This is the first time he asks court to
amend and/or supplement his 2241 complain.