Jurijus Kadamovas Reg. No. 21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808









INMATE
IDENTIFICATION
CONFIRMED



**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**

9114 9023 0722 4291 8252 47

Label 400  Jan. 2013
7690-16-000-7948

LEGAL SPECIA.
MAIL

ZIP 47802  $ 000.00⁰

THE Office of the Clerk
Of the U.S. District Court
921 Ohio Street
Room 104
Terre Haute, IN 47807

RECEIVED

MAR 3 0 2020

U.S. CLERK'S OFFICE

UNITED STATES
PACKAGE
X-RAY/MAGNETOMETER