EXHIBIT
# 1

Remedy No.: 994865-F1                                                    FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted October 23, 2019, in which you allege gas was utilized in the Special Housing Unit (SHU), and you were not removed from your cell in a different unit and placed in the outside recreation enclosure. For relief, you request to be pulled out from your assigned cell or moved into a bigger cell.

A review of your request reveals on April 3, 2019, October 7, 2019, and October 14, 2019, OC spray was utilized in emergent situations which did not allow for prior planning. Unfortunately, there is no way to plan in advance in these types of events. Correctional staff within in your unit will move you to the outside recreation yard when they have prior knowledge of the use of gas.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_____12/18/19_____            _____
Date                                                     T. J. Watson, Complex Warden

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: KADAMOVAS JURIYUS          21050-112     SCU      TERRE HAUTE
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** GAS WAS USED IN THE SHU ON APRIL 3 2019 AFTER I FILE BP-8, LIEUTENANT McPHERSON HAVE PROMISE TO ME IN FRONT OF MANY SCU CORRECTION OFFICERS THAT WHI GAS WILL BE NECESSARY TO BE USE IN THE SHU AGAIN THE SHU STAFF WILL CALL TO THE SCU STAFF AND THE SCU STAFF WILL PUL ME OUT TO OUTDOOR RECREATION AREA BEFORE GAS WILL BE USE IN SHU. LT. McPHERSON EVEN CALL TO THE SHU STAFF IN FRONT OF ME AND TELL THEM THAT THEY ARE PUT A SIGN ON A BOARD IN CORRECTION OFFICERS AREA WITH INSTRUC TO CALL TO THE SCU WHEN GAS WILL BE NEED TO USE.

GAS WAS USED AGAIN IN THE SHU ON OCTOBER 7 AND AGAIN ON OCTOBER 14, 2019 NO ONE PULL ME OUT OF MY CELL AT ALL NOT BEFORE NOT AFTER. I DO PROTESTING THIS EMPTY PROMISE AN THIS FORM OF TORTURE AS I HAVE AN ASTHMA. RESOLUTION: PUL ME OUT BEFORE GAS MUST BE USE, KEEP THE PROMISE!

18  DATE  2019                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
USP Terre Haute

OCT 22 2019

Administrative
Remedy Clerk

_____                          _____
        DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                CASE NUMBER: _____

                                             CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

Attachment 1

## FCC Terre Haute

735

### Administrative Remedy – Informal Resolution

| Inmate Name: *Kedemans Dings* | Register # 21050-112 |
|---|---|
| Unit: SCU | Date Submitted: Oct 8, 2019 |

Section 1: NOTICE TO INMATE - Be advised, normally prior to filing a Request for Administrative Remedy, BP-229 (13), you must attempt to informally resolve your complaint through your Correctional Counselor.

Section 1a: Briefly state your specific single complaint: GAS IN THE SHU WAS USED ON APRIL 3, 2019, I FILE BP-8 AND RESOLVED WITH LT-McPHERSON BECAUSE HE PROMISED THAT SHU STAFF WILL CALL TO SCU TO PULL ME OUT BEFORE GAS WILL USE AGAIN. YESTORDAY Oct. 7, 2019 AT ABOUT 9:00AN GAS WAS USED IN THE SHU AGAIN AND NO ONE WAS PUCME OUT BEFORE OR AFTER. SEE ATTACHED PRIMIOS COP OUT AND BP-8.

Section 1b: Briefly state the resolution you request: PUL ME OUT BEFORE GAS MUST BE USE IN SHU OR SCU.

Inmate Signature: *Kocoloweurovuas*

Counselor Printed Name/Signature: _____

| Section 2: Department Assigned Custody | | | |
|---|---|---|---|
| Date Assigned: 10-8-19 | | Date Due: 10-15-19 | |
| ☐ Food Service | ☐ Unit Mgmt | ☐ Unicor | ☐ Education |
| ☐ Psychology | ☐ Medical | ☐ Chaplain | ☐ Recreation |
| ☐ Trust Fund | ☑ Custody | ☐ Facilities | ☐ Safety |
| ☐ ISM/Mailroom | ☐ Admin. | ☐ SIS | |

Section 3: Department Head Response

Issue Resolved Comments:

Issue Un-resolved Comments:

Unable to Address Issue Comments: NO Response received, proceed w/ remedy pracess if warranted.

| Inmate Signature if Resolved: | | Date: |
|---|---|---|
| Staff Signature: | | Date: |

Section 4: Tracking

| | BP-8 issued to inmate | BP-8 returned to Counselor | BP-9 issued to inmate | BP-9 returned to Unit Team | To Admin Remedy Clerk | Returned as Rejected USP Terre |
|---|---|---|---|---|---|---|
| Date | 10-8-19 | 10.8.19 | 10/17/19 | 10/18/19 | | Oct 22 |
| Time | 4pm | 3pm | | 2:15pm | | |
| Staff | | | | | | |

Administrative Remedy Clerk

**From:**        ^!"KADAMOVAS, ^!JURIJUS" <21050112@inmatemessage.com>
**To:**
**Date:**        4/10/2019 2:35 PM
**Subject:**     ***Request to Staff*** KADAMOVAS, JURIJUS, Reg# 21050112, THP-X-A

To: To Mr. Shepherd
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
09860d78-5d35-4a52-acd9-aa0ad1df0ffd
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


✓ I got no response from Captain on the smoke / Gas issue and inmates in the SHU still smoking. I would like to file BP-8. Thank you.
-----KADAMOVAS, JURIJUS on 4/5/2019 11:52 AM wrote:

>


Dear Captain;
   Inmates in SHU do not stop smoking, cn April 1 and 2 2019 they are smoked something that even I in SCU get high! On April 3, 2019 some Chemical agent was used in the SHU, and if you may know I have a breading problems and can not tolerate gas and smoke. I was removed to out side recreation yard in about 20 minutes later , but I asking to be removed BEFORE Gas must be used! And on April 4, all day and night, very irritating  smoke coming in to my cell from ventilation system. As you can know, I can not open my window for fresh air, and it is torture for me to breathe this smoke all day. Please, stop SHU inmates smoking, and if you must use a Gas, please remove me BEFORE Gas must be use, not 20 minutes later, this minutes can be life or death situation to me. Thank you for your attention.

USP Terre

LUI 22 2019

Administrative
Remedy Clerk

TRULINCS 21050112 - KADAMOVAS, JURIJUS - Unit: THP-X-A

---------------------------------------------------------------------------------------------------

FROM: 21050112
TO: USP Complex Warden
SUBJECT: ***Request to Staff*** KADAMOVAS, JURIJUS, Reg# 21050112, THP-X-A
DATE: 01/05/2020 02:46:03 PM

To: To warden Watson
Inmate Work Assignment: N/A

Dear warden Watson:
   In remedy ID # 994865 - F1 dated 12/18/19 you responded in part "Correctional staff within in your unit will move you to the outside recreation yard when they have prior knowledge of the use of GAS."
   The GAS was used in the SHU again on January 2, 2020 in about 4:00 pm, but I was moved to the outside recreation yard only in about 30 minutes later and was force to be out of breath strangling all this time. It is torture for me to be in situation like this. Can you pleas reinforce, and insure that the SHU correction staff, call to the SCU correctional staff prior, or right after they use a GAS, which is was promised by LT Mc Pherson in April 3, 2019 and again by other Lieutenant in October 2019 also by your response in remedy ID # 994865 - F1.
   Also I would like to mention that the SHU inmates do not stop smoking and it significantly aggravating my asthma and over all health.
   Thank you for your attention.