*EXHIBIT #2*



USP
~~~~~ ᴾᴬᴺᵀE. I

## PROGRESS NOTE

**Patient:** Kadamovas, Jurijus
**DOB:** 10/22/1966 **Age:** 53 Y **Sex:** Male
**PCP:** William Eric- Prison Wilson

*21050-112*

**Provider:** Anand Bhuptani, MD
**Date:** 12/06/2019

### Reason for Appointment
1. Inmate of fed pen, here with guards, has shakles +
2. Shortness of breath
3. Cough, productive
4. On nebulizer treatment
5. Sleep apnea: pt is tolerating CPAP treatment well and wearing it nightly
6. Wears FF mask
7. Flu shot already received for 2019 season
8. Pneumovax received

### History of Present Illness
Asthma:
    Asthma follow up Known case of asthma, shortness of breath present occasionally, he gets worse when exposed to OC ( gas to calm prisoner) , occasional wheezing, intermittent cough, using albuterol MDI as needed. sleep apnea Known to have , on CPAP treatment , daytime symptoms are stable with treatment.

### Current Medications
**Taking**
- citalopram 20 mg tablet 1 tab(s) orally once a day
- hydrochlorothiazide 25 mg tablet 1 tab(s) orally once a day
- meloxicam 7.5 mg tablet 1 tab(s) orally once a day
- ferrous gluconate 325 mg tablet 1 tab(s) orally once a day
- lisinopril 20 mg tablet 1 tab(s) orally once a day
- Entyvio 300 mg powder for injection intravenously every 8 weeks
- Proventil HFA CFC free 90 mcg/inh aerosol 2 puff(s) inhaled 4 times a day prn
- Atrovent HFA CFC free 17 mcg/inh aerosol 2 puff(s) by metered dose inhaler 4 times a day
- albuterol 2.5 mg/3 mL (0.083%) solution 3 mL by nebulizer every 6 hours
- mometasone 220 mcg/inh aerosol powder 1 puff(s) inhaled once a day (in the evening)
- CPAP length of need 12 months dx OSA G47.33 at night
- Medication List reviewed and reconciled with the patient

### Past Medical History
    Sleep apnea.
    Hypertension.
    GERD/reflux.
    Crohns disease.
    Asthma.

---

**Patient: Kadamovas, Jurijus**
**DOB: 10/22/1966**

**Provider:  Anand Bhuptani, MD**
**Date: 12/06/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Kadamovas, Jurijus | Acc No:414354 | DOB:10/22/1966 | DOS:12/06/2019                Page 2 of 4

vitamin B12 deficiency.
vitamin D deficiency.
Anemia.

### Surgical History
knee surgery,right
hernia repair
eye surgery
colonoscopy 10/17
colonoscopy 10/18

### Family History
Father: unknown
Mother: deceased, diagnosed with Eaton-Lambert syndrome
Siblings: alive
Children: alive
1 sister(s) - healthy. 1 son(s) , 2 daughter(s) - healthy.

### Social History
Children: 3 children.
Alcohol: past use.
Smoking Status  Are you a:  former smoker Quit 2005. In past smoked 2 packs per day. Started smoking at age 18, Are you a:  former smoker, When did you start smoking?  1986, When did you stop smoking?  2005, How long has it been since you last smoked?  >20 years.
Travel outside US: yes.
Occup. exposure: dust, fumes, asbestos.
Occupation: carpentry in the past.
Divorced: yes.
Caffeine: 2-3 cups of coffee per day.

### Allergies
penicillin
Symbicort

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
ENT:
    Nasal Congestion none.  Ear Drainage none.  Seasonal Allergies none.  Sore throat none.  Sinus pain none.
RESPIRATORY:
    See HPI for details.
CARDIOLOGY:
    Diaphoresis none.  Palpitations denies.  Murmurs not known to patient.  Leg edema denies.
Orthopnea denies.
GASTROENTEROLOGY:
    GERD No.  Jaundice none.  Bloating none.  Blood in stool none.  Heartburn none.
MUSCULOSKELETAL:
    Jaw Pain none.  Muscle Tenderness none.  Joint pain none.  Leg cramps denies.
Tingling/numbness denies.
ENDOCRINOLOGY:
    Thyroid see past history and medication list .  Excessive sweating none.  Heat intolerance none.  Cold intolerance none.  Diabetes see past medical history and medication list .
NEUROLOGY:

---

**Patient: Kadamovas, Jurijus**
**DOB: 10/22/1966**

**Provider: Anand Bhuptani, MD**
**Date: 12/06/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Kadamovas, Jurijus | Acc No:414354 | DOB:10/22/1966 | DOS:12/06/2019                     Page 3 of 4

Tics none. Tremor none. Loss of consciousness none. Paralysis none. Fainting spells none.
PSYCHOLOGY:
Anger Issues none. Impulsive no. Depression none. Anxiety none. Hallucinations none.
DERMATOLOGY:
Burn none. Abrasion none. Cold Sore none. Blister none. Rash none.
OPHTHALMOLOGY:
Burning none. Stye none. Eye redness none. Eye irritation none . Drainage from eyes none .
CPAP ROS:
Nasal dryness no. Dry mouth none.

## Vital Signs
Nurse/MA ml, Ht 68, Wt 218 lbs, RR 16 /min, HR 96, BP 122/80, BMI 33.14 Index, SaO2 98 on ra at rest.

## Examination
General Examination:
GENERAL pleasant, male, shakal with guards .
THROAT no exudate seen, TONSILAR AREA : unremarkable , SINUSES:, non-tender.
ORAL CAVITY: normal.
NECK: supple, no JVD, no carotid bruit.
LYMPH NODES: no lymphadenopathy.
CHEST: normal shape and expansion.
LUNG decreased airflow.
CVS regular rate and rhythm, no murmurs, normal S1S2.
ABDOMEN: soft,no masses palpated, no hepatosplenomegaly.
EXTREMITIES: no clubbing, no edema.
MUSCULOSKELETAL: unremarkable.
NEUROLOGIC EXAM: non-focal exam, unremarkable.
SKIN: normal, no rash.

## Assessments
1. Obstructive sleep apnea (adult) (pediatric) - G47.33 (Primary)
2. Mild persistent asthma, uncomplicated - J45.30
Patient requesting a larger cell to minimize exposre to gas ( OC) concentration which make his asthma worse and remove him from area where there is high gas concentration. I request and recommend to do it.

## Treatment
### 1. Obstructive sleep apnea (adult) (pediatric)
Continue CPAP length of need 12 months, dx OSA G47.33, at night

### 2. Mild persistent asthma, uncomplicated
Continue mometasone aerosol powder, 220 mcg/inh, 2 puff(s), inhaled, once a day (in the evening), 30 days, 1, Refills 6
- Continue albuterol solution, 2.5 mg/3 mL (0.083%), 3 ml, by nebulizer, every 6 hours, 30 days, 360 ml, Refills 6
- Continue Atrovent HFA aerosol, CFC free 17 mcg/inh, 2 puff(s), by metered dose inhaler, 4 times a day, 30 days, 1, Refills 3
Continue Proventil HFA aerosol, CFC free 90 mcg/inh, 2 puff(s), inhaled, 4 times a day prn, 30 days, 1, Refills 3

## Follow Up
4 Months

---

**Patient: Kadamovas, Jurijus**
**DOB: 10/22/1966**

**Provider:  Anand Bhuptani, MD**
**Date: 12/06/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Kadamovas, Jurijus | Acc No:414354 | DOB:10/22/1966 | DOS:12/06/2019          Page 4 of 4



**Electronically signed by Anand Bhuptani , MD on 12/06/2019 at 02:43 PM EST**

**Sign off status: Pending**

**Patient: Kadamovas, Jurijus**
**DOB: 10/22/1966**

**Provider:  Anand Bhuptani, MD**
**Date: 12/06/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | KADAMOVAS, JURIJUS | | Reg #: | 21050-112 |
| Date of Birth: | 10/22/1966 | Sex:  M | Race: | WHITE |
| Scanned Date: | 12/11/2019 11:09 EST | | Facility: | THP |

**Reviewed by Wilson, William E. MD/CD on 12/11/2019 12:35.**