*EXHIBIT*
*# 3.*

## FCC TERRE HAUTE
## Administrative Remedy Withdrawal

### ADMINISTRATIVE REMEDY #21020-112 USP

**Briefly State Issue and Relief Requested:**
Due to medical related issues, the inmate is requesting to be housed in a handicap cell which allows greater air circulation due to increased dimensions within the cell. Inmate will be placed accordingly in a cell commensurate with needs associated.

I, Jurijus Kadamovas, Reg. No. 21050-112, withdraw this Request for Administrative Remedy, willingly and without duress, as this matter has been resolved (or as my concerns in this matter have been answered).

Inmate Signature: _____ Date: 21 Jan 2020

Staff Witness: _____ Date: 1/21/20

BP-9 # 100323-F1

EXHIBIT
#4.

.Remedy No.:  1006864-F1                                             FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted February 13, 2020, in which you allege you received a recommendation from a pulmonologist for a bigger cell. For relief, you to be moved to a bigger cell.

A review of your request reveals you have not provided sufficient documentation from your Pulmonologist to justify your claimed need for a larger cell. Furthermore, the American Correctional Association (ACA) has determined your assigned cell meets the required minimum square footage for inmates of your security level, and there is no indication staff have acted outside the scope of policy.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101.  Your appeal must be received within 20 calendar days of the date of this response.


_____3/16/2_____                        _____
Date                                            T. J. Watson, Complex Warden

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: KALAMOVAS JULIJUS     21050-112     SCU     TERRE HAUTE

       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Part A- INMATE REQUEST AFTER PULMONOLOGIST RECOMMENDED TO MOVE ME INTO A BIGGER CELL I HAVE FILED COP OUT, BP-8 AND BP-9 SEE ID#10033.FI. ON JAN 15 2020 I SPOKE WITH UNIT MANAGER MS. THOMAS, SHE EXPLAINED THAT AFTER SOME SORT OF PLUMBING ISSUES WILL FIX-RESOLU. SHE WILL MOVE ME TO A BIGER CELL IN B#401 AND I SIGN WITHDRAWAL OF MY BP-9. THEN ON JAN.27 MS THOMAS TELL ME THAT I HAVE TO OBTAIN SOME DOCUMENTATION OR RECOMENDATION FROM DR. WILSON MEDICAL I FILE COP OUT AND BP-8 NO RESPONSE FROM MEDICAL I HAVE BEEN INFORM THAT MS. THOMAS DID NOT WORK ANY MORE AND I DON'T KNOW IF AND WHEN I WILL BE MOVED TO BIGER CELL. RECOMENDATION FROM PULMONOLOGIST WAS ATTACHED TO BP-9 THAT I WITHDRAWED. RESOLUTION: MOVE ME IN TO A BIGER CELL

11 FEB 2020
      DATE                                          SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____               _____

      DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE              CASE NUMBER: 1006864-FI

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____    _____    _____    _____

      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

From: ^!"KADAMOVAS, ^!JURIJUS" <21050112@inmatemessage.com>
To:
Date: 2/3/2020 8:51 PM
Subject: ***Request to Staff*** KADAMOVAS, JURIJUS, Reg# 21050112, THP-X-A

To: To Mr. Sutton
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
aed65af6-c2bf-4d06-bca4-c07aefba8f13
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

I got no response from medical on my Cop Out. I would like to file BP-8. Thank you.
-----USP SCU Unit on 1/30/2020 2:52 PM wrote:

>
Noted.

Thomas

>>> ~^!"KADAMOVAS, ~^!JURIJUS" <21050112@inmatemessage.com> 1/28/2020 11:17 AM >>>
To: To: Unit manager Ms. Thomas.
Inmate Work Assignment: N/A

Dear Ms. Thomas:
 I just would like to forward a copy of my E mail to Dr. Wilson, for your record.
 Thank you.
-----KADAMOVAS, JURIJUS on 1/28/2020 10:14 AM wrote:

>

Dear Dr. Wilsom:
 After my Pulmonologist recommendation to move me into a bigger cell, I have filed Cop Out, BP-8, and BP-9. On Jan.15 2020 we spoke about this issue and on Jan 21 2020 Unit manager Ms. Thomas tell me that after some issues with a plumbing in bigger cells will be resolved she will move me in. I signed BP-9 ID # 1003323 -F1 remedy withdrawal. On Jan. 2⁴ 2020 Ms. Thomas tell me that I have to obtain some sort of documents or recommendation from Dr. Willson or medical. So... I requesting some sort of documentation or recommendation that Unit manager need to move me to a bigger cell. Thank you for your concern.

 CC. To Unit manager, Ms. Thomas.