Julius Kahanouas
#21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**

9114 9023 0722 4291 8252 23

Label 400  Jan. 2013
7690-16-000-7948







Legal Special
Mail

The Office of the Clerk
of the U.S. District Court
921 Ohio Street
Room 104
Terre Haute, IN 47807

INMATE
IDENTIFICATION
CONFIRMED

**RECEIVED**

APR 08 2020

U.S. CLERK'S OFFICE