UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JURIJUS KADAMOVAS,                )
                                  )
              Petitioner,          )
                                  )
        v.                        )        No. 2:19-cv-00540-JPH-MJD
                                  )
T. J. WATSON,                     )
                                  )
              Respondent.          )

**Order Dismissing Action and Directing Final Judgment**

Jurijus Kadamovas, a federal prisoner who was sentenced to death in the United States District Court for the Central District of California, filed a 28 U.S.C. § 2241 petition in this Court raising various claims about the conditions of his confinement, arguing that those conditions make it "literally impossible" for him to litigate a 28 U.S.C. § 2255 petition. Dkt. 1 at 6.

On January 16, 2020, the Court found that Mr. Kadamovas's petition was barred by § 2255(e), which creates a "general rule" that "a federal prisoner wishing to collaterally attack his conviction or sentence must do so under § 2255." *Chazen v. Marske*, 938 F.3d 851, 856 (7th Cir. 2019). Section 2255(e) includes a Savings Clause, which allows prisoners to file a § 2241 petition where "the remedy by [§ 2255] motion is inadequate or ineffective to test the legality of his detention." The Court ordered Mr. Kadamovas to show cause why this action should not be dismissed with prejudice as barred by § 2255(e).

Mr. Kadamovas responded to the show cause order and filed an amended petition. Dkts. 4, 5. The amended petition raises allegations of suppressed evidence and prosecutorial misconduct.

On April 8, 2020, Mr. Kadamovas filed a motion for preliminary injunction alleging ventilation problems in his cell. Dkt. 7.

None of Mr. Kadamovas's filings show why his petition should not be dismissed as barred by § 2255(e). First, Mr. Kadamovas rehashes his allegations about the conditions of his confinement preventing him from litigating a § 2255 petition. For the reasons in the Court's show cause order, these allegations do not satisfy the Savings Clause. *See* dkt. 3 at 2–3.

Second, Mr. Kadamovas argues that he is actually innocent. To be sure, actual innocence—coupled with other specific factors—may be enough to meet the Savings Clause. *See Brown v. Rios*, 696 F.3d 638, 640–41 (7th Cir. 2012); *In re Davenport*, 147 F.3d 605, 610–11 (7th Cir. 1998). But that is true only if the prisoner can show "a structural problem with § 2255 that is preventing him from seeking relief to which he is entitled." *Poe v. LaRiva*, 834 F.3d 770, 772 (7th Cir. 2016). Mr. Kadamovas has identified no structural problem with § 2255.

Even though the United States District Court for the Central District of California has appointed Mr. Kadamovas counsel to pursue § 2255 relief, it appears he still has not filed a § 2255 petition. No. 2:02-cr-00220-DT-2 (C.D. Cal.). The Savings Clause gives federal prisoners their one fair shot at collateral relief for certain claims. It is not an opportunity to bypass § 2255 based

on personal preference. Nor is it an opportunity to relitigate unsuccessful civil rights claims. *See, e.g., Kadamovas v. Lockett, et al.*, No. 2:11-cv-00258-WTL-MJD, Dkt. 150; *Kadamovas v. Caraway, et al.*, No. 2:14-cv-00179-WTL-WGH, Dkts. 6, 11; *Kadamovas v. Siereveld*, No. 2:18-cv-00490-JRS-MJD.

The motion for leave to file an amended petition, dkt. [6], is **GRANTED**. Because Mr. Kadamovas has failed to show that his claims meet the Savings Clause, his amended petition is **DISMISSED** with prejudice. Mr. Kadamovas's motion for preliminary injunction, dkt. [7], is **DENIED** as moot. Final judgment shall now issue.

The **clerk is directed** to change the petitioner's surname on the docket to "Kadamovas."

**SO ORDERED.**

Date: 4/22/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JURIJUS KADAMOVAS
21050-112
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808