UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JURIJUS KADAMOVOS,                          )
                                            )
                        Petitioner,         )
                                            )
            v.                              )      No. 2:19-cv-00540-JPH-MJD
                                            )
T. J. WATSON,                               )
                                            )
                        Respondent.         )

## FINAL JUDGMENT

The Court now enters final judgment in favor of the respondent and against the petitioner. Petitioner's petition for a writ of habeas corpus is **DISMISSED**.

Date: 4/22/2020

Laura Briggs, Clerk of Court

By: *Pam Pope*

Deputy Clerk

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JURIJUS KADAMOVOS
21050-112
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808