**FILED**

**3:48 pm, May 27, 2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JURIJUS KADAMOVAS
            PETITIONER,

T. J. WATSON
WARDEN UNITED STATES
PENITENTIARY, TERRE HAUTE
(U.S.P.),
            RESPONDENT.

CAUSE NO:
2:19-cv-00540-JPH-MJD

## NOTICE OF APPEAL

Notice is hereby given that Jurijus Kadamovas appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment Order entered in this action on the April 22, 2020 dismissing petition for a writ of habeas corpus.

Dated: April 27, 2020

RESPECTFULLY SUBMITED

Jurijus Kadamovas
# 21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

DECLARATION OF MAIL

THE UNDERSIGNED PURSUANT TO 28 U.S.C § 1746 ATTEST UNDER PAINS OF PERJURY THAT THE MAILED THE ORIGINAL NOTICE OF APPEAL VIA U.S. MAIL FIRST CLASS POSTAGE ATTACHED AND PREPAID ON THIS APRIL 27, 2020 TO: Ms. LAURA A. BRIGGS /CLERK, UNITED STATES DISTRICT COURT, 921 OHIO STREET, TERRE HAUTE, IN 47807.

JULIUS CABANDURAS
# 21050-112
DECLARANT.