NAME: *J. Kadamouas*

NUMBER: *21050-112*

United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

RECEIVED

MAY 26 2020

U.S. CLERK'S OFFICE

*Legal Special*

*Mail*

INDIANAPOLIS
IN 460
21 MAY '20
PM 3 L

US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300

ZIP 47802
02 1W
0004887589 MAY 20 2020

$ 000.50

*The Office of the Clerk*
*of the U.S. District Court*
*921 Ohio Street*
*Room 104*
*Terre Haute, IN 47804*

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER