**FILED**

**3:48 pm, May 27, 2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JURIJUS KADAMOVAS
            PETITIONER,
T. J. WATSON
WARDEN UNITED STATES
PENITENTIARY, TERRE HAUTE
(U.S.P.),
            RESPONDENT.

CAUSE No:
2:19-cv-00540-JPH-MJD

## NOTICE OF APPEAL

Notice is hereby given that Jurijus Kadamovas appeals to the United States court of Appeals for the Seventh Circuit from the Judgment Order entered in this Action on the April 22, 2020 dismissing petition for a writ of habeas corpus.

Dated: April 27, 2020

Respectfully Submitted

Jurijus Kadamovas
# 21050-112
USP Terre Haute
PO Box 33
Terre Haute, IN 47808

DECLARATION OF MAIL

THE UNDERSIGNED PURSUANT TO 28 U.S.C. § 1746 ATTEST UNDER PAINS OF PERJURY THAT THE MAILED THE ORIGINAL NOTICE OF APPEAL VIA U.S. MAIL FIRST CLASS POSTAGE ATTACHED AND PREPAID ON THIS APRIL 27, 2020 TO: Ms. LAURA A. BRIGGS /CLERK, UNITED STATES DISTRICT COURT, 921 OHIO STREET, TERRE HAUTE, IN 47807.

JULIUS CABANOVAS
# 21050-112
DECLARANT

NAME: J. KADAMOVAS

NUMBER: 21050-112

United States Penitentiary

P.O. Box 33

Terre Haute, IN 47808

RECEIVED

MAY 2 6 2020

U.S. CLERK'S OFFICE

*LEGAL SPECIAL*

*MAIL*

INDIANAPOLIS
IN 460
21 MAY '20
PM 3 L

US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300

PITNEY BOWES

ZIP 47802
02 1W
0004887589

$ 000.50°
MAY 20 2020

THE OFFICE OF THE CLERK
OF THE U.S. DISTRICT COURT
921 OHIO STREET
ROOM 104
TERRE HAUTE, IN 47804

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JURIJUS KADAMOVAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:19-cv-00540-JPH-MJD |
| | ) |
| T. J. WATSON, | ) |
| | ) |
| Respondent. | ) |

## Order Dismissing Action and Directing Final Judgment

Jurijus Kadamovas, a federal prisoner who was sentenced to death in the United States District Court for the Central District of California, filed a 28 U.S.C. § 2241 petition in this Court raising various claims about the conditions of his confinement, arguing that those conditions make it "literally impossible" for him to litigate a 28 U.S.C. § 2255 petition. Dkt. 1 at 6.

On January 16, 2020, the Court found that Mr. Kadamovas's petition was barred by § 2255(e), which creates a "general rule" that "a federal prisoner wishing to collaterally attack his conviction or sentence must do so under § 2255." *Chazen v. Marske*, 938 F.3d 851, 856 (7th Cir. 2019). Section 2255(e) includes a Savings Clause, which allows prisoners to file a § 2241 petition where "the remedy by [§ 2255] motion is inadequate or ineffective to test the legality of his detention." The Court ordered Mr. Kadamovas to show cause why this action should not be dismissed with prejudice as barred by § 2255(e).

Mr. Kadamovas responded to the show cause order and filed an amended petition. Dkts. 4, 5. The amended petition raises allegations of suppressed evidence and prosecutorial misconduct.

On April 8, 2020, Mr. Kadamovas filed a motion for preliminary injunction alleging ventilation problems in his cell. Dkt. 7.

None of Mr. Kadamovas's filings show why his petition should not be dismissed as barred by § 2255(e). First, Mr. Kadamovas rehashes his allegations about the conditions of his confinement preventing him from litigating a § 2255 petition. For the reasons in the Court's show cause order, these allegations do not satisfy the Savings Clause. *See* dkt. 3 at 2–3.

Second, Mr. Kadamovas argues that he is actually innocent. To be sure, actual innocence—coupled with other specific factors—may be enough to meet the Savings Clause. *See Brown v. Rios*, 696 F.3d 638, 640–41 (7th Cir. 2012); *In re Davenport*, 147 F.3d 605, 610–11 (7th Cir. 1998). But that is true only if the prisoner can show "a structural problem with § 2255 that is preventing him from seeking relief to which he is entitled." *Poe v. LaRiva*, 834 F.3d 770, 772 (7th Cir. 2016). Mr. Kadamovas has identified no structural problem with § 2255.

Even though the United States District Court for the Central District of California has appointed Mr. Kadamovas counsel to pursue § 2255 relief, it appears he still has not filed a § 2255 petition. No. 2:02-cr-00220-DT-2 (C.D. Cal.). The Savings Clause gives federal prisoners their one fair shot at collateral relief for certain claims. It is not an opportunity to bypass § 2255 based

on personal preference. Nor is it an opportunity to relitigate unsuccessful civil rights claims. *See, e.g., Kadamovas v. Lockett, et al.*, No. 2:11-cv-00258-WTL-MJD, Dkt. 150; *Kadamovas v. Caraway, et al.*, No. 2:14-cv-00179-WTL-WGH, Dkts. 6, 11; *Kadamovas v. Siereveld*, No. 2:18-cv-00490-JRS-MJD.

The motion for leave to file an amended petition, dkt. [6], is **GRANTED**. Because Mr. Kadamovas has failed to show that his claims meet the Savings Clause, his amended petition is **DISMISSED** with prejudice. Mr. Kadamovas's motion for preliminary injunction, dkt. [7], is **DENIED** as moot. Final judgment shall now issue.

The **clerk is directed** to change the petitioner's surname on the docket to "Kadamovas."

**SO ORDERED.**

Date: 4/22/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JURIJUS KADAMOVAS
21050-112
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JURIJUS KADAMOVOS,                    )
                                      )
                    Petitioner,       )
                                      )
            v.                        )        No. 2:19-cv-00540-JPH-MJD
                                      )
T. J. WATSON,                         )
                                      )
                    Respondent.       )

**FINAL JUDGMENT**

The Court now enters final judgment in favor of the respondent and against the petitioner. Petitioner's petition for a writ of habeas corpus is **DISMISSED**.

Date: 4/22/2020

Laura Briggs, Clerk of Court

By: _____
        Deputy Clerk

_James Patrick Hanlon_

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JURIJUS KADAMOVOS
21050-112
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

# *** PUBLIC DOCKET ***

APPEAL,HABEAS,CLOSED

## U.S. District Court
## Southern District of Indiana (Terre Haute)
## CIVIL DOCKET FOR CASE #: 2:19-cv-00540-JPH-MJD

| | |
|---|---|
| KADAMOVAS v. WATSON | Date Filed: 11/08/2019 |
| Assigned to: Judge James Patrick Hanlon | Date Terminated: 04/22/2020 |
| Referred to: Magistrate Judge Mark J. Dinsmore | Jury Demand: None |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federal) | Nature of Suit: 535 Death Penalty - Habeas Corpus |
| | Jurisdiction: Federal Question |

**Petitioner**

**JURIJUS KADAMOVAS**          represented by **JURIJUS KADAMOVAS**
21050-112
TERRE HAUTE - USP
TERRE HAUTE U.S.
PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808
PRO SE

V.

**Respondent**

**T. J. WATSON**          represented by **T. J. WATSON**
*Warden United States Penitentiary,*          .
*Terre Haute (USP)*          PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2019 | 1 | PETITION for Writ of Habeas Corpus, filed by JURIJUS KADAMOVOS. (No fee paid with this filing) (Attachments: # 1 Exhibit 1 - Declaration of Margaret O'Donnell, # 2 Exhibit 2 - Investigation Request of 7/15/2013, # 3 Exhibit 3 - OIG Complaint/Investigation Request of Jul 18, 2013, # 4 Exhibit 4 - Margaret O'Donnell Letter of July 24, 2015, # 5 Exhibit 5 - Margaret O'Donnell Email of March 27, 2013, # 6 Exhibit 6 - Letter of April 5, 2013 to Margaret O'Donnel, # 7 Exhibit 7 - Letter of March 1, 2011 to Paul Enzinna, # 8 Exhibit 8 - Letter of April 19, 2011 to Michael Nalley, # 9 Exhibit 9 - Copy of envelope for mail to Petitioner, # 10 Exhibit 10 - copy of envelope for mail to Petitioner, # 11 Exhibit 11 - form for Stamps, Negoiatable Instrument and Other Returned to |

| | | |
|---|---|---|
| | | Sender dated 4/18-2016, # 12 Exhibit 12 - Copy of Envelope mailed to Petitioner from Barnes & Thornburg, # 13 Envelope)(REO) (Entered: 11/08/2019) |
| 11/08/2019 | 2 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (REO) (Entered: 11/08/2019) |
| 01/16/2020 | 3 | Order Directing Petitioner to Show Cause - Mr. Kadamovos has until February 21, 2020, to show cause why this action should not be dismissed with prejudice as barred by the Savings Clause, 28 U.S.C. § 2255(e). (See Order.) Copy to petitioner via US Mail. Show Cause Response due by 2/21/2020.. Signed by Judge James Patrick Hanlon on 1/16/2020.(RSF) (Entered: 01/16/2020) |
| 02/05/2020 | 4 | RESPONSE re 3 Order Directing Petitioner to Show Cause, filed by Petitioner JURIJUS KADAMOVOS. (Attachments: # 1 Exhibit, # 2 Envelope)(TMC) (Entered: 02/05/2020) |
| 03/30/2020 | 5 | AMENDED PETITION against T. J. WATSON, filed by JURIJUS KADAMOVOS. (Attachments: # 1 Envelope, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(AAS) (Entered: 03/30/2020) |
| 03/30/2020 | 6 | MOTION to Amend/Correct 1 Petition for Writ of Habeas Corpus, filed by Petitioner JURIJUS KADAMOVOS. (Attachments: # 1 Envelope)(AAS) (Entered: 03/30/2020) |
| 04/08/2020 | 7 | MOTION for Preliminary Injunction, filed by Petitioner JURIJUS KADAMOVOS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Envelope)(AAS) (Entered: 04/08/2020) |
| 04/22/2020 | 8 | Order Dismissing Action and Directing Final Judgment - The motion for leave to file an amended petition, dkt. 6 , is GRANTED. Because Mr. Kadamovas has failed to show that his claims meet the Savings Clause, his amended petition is DISMISSED with prejudice. Mr. Kadamovas's motion for preliminary injunction, dkt. 7 , is DENIED as moot. Final judgment shall now issue. The clerk is directed to change the petitioner's surname on the docket to "Kadamovas." Copy to Petitioner via US Mail. Signed by Judge James Patrick Hanlon on 4/22/2020. (KAA) (Entered: 04/22/2020) |
| 04/22/2020 | 9 | FINAL JUDGMENT - The Court now enters final judgment in favor of the respondent and against the petitioner. Petitioner's petition for a writ of habeas corpus is DISMISSED. Copy to Petitioner via US Mail. Signed by Judge James Patrick Hanlon on 4/22/2020.(KAA) (Entered: 04/22/2020) |
| 05/27/2020 | 10 | NOTICE OF APPEAL as to 9 Closed Judgment, 8 Order on Motion to Amend/CorrectOrder on Motion for Preliminary Injunction, filed by Petitioner JURIJUS KADAMOVAS. (No fee paid with this filing) (Attachments: # 1 Envelope)(AAS) (Entered: 05/27/2020) |
| 05/28/2020 | 11 | PARTIES' SHORT RECORD re 10 Notice of Appeal - **Instructions for Attorneys/Parties attached.** (Copy mailed to Petitioner.) (LBT) (Entered: 05/28/2020) |

**Case #: 2:19-cv-00540-JPH-MJD**