UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

**6:24 pm, Jun 05, 2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Jurijus Kadamovas
          PETITIONER

T.J. Watson
Warden United States
Penitentiary, Terre Haute
(USP)

          RESPONDENT.

Cause No:
2:19-cv- 00540- JPH- MJD

MOTION FOR LEAVE TO
          CONTINUE
IFP STATUS ON APPEAL

The Plaintiff/Appellant Jurijus Kadamovas pro-se, seeks leave of the Court to continue in forma pauperis status to the United States Court of Appeals for Seventh Circuit in appellate proceedings.

To aid in facilitating this request to continue on IFP status anent filling and processing this appeal Kadamovas has attached a copy of his institutional accounting statement for the previous six (6) months.

Wherefore the plaintiff appellant request the Court to grant his request to file docket and process these appellante proceedings IFP.

Dated. June 1, 2020

1.

RESPECTFULLY SUBMITTED

Julius Kabamouas
Plaintiff / Pro-se
# 21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN. 47808

## CERTIFICATE OF SERVICE

The undersigned Julius Kabamouas does attest under pains of perjury that he mailed the original and three (3) copy of the foregoing Notice of Appeal this June 2, 2020 via U.S. Mail, first class postage prepaid and attached and addressed to U.S. District Court Clerk, 921 Ohio Street, Room 104, Terre Haute, IN 47807

Julius Kabamouas
DECLARANT.

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

USPS TRACKING # **9114 9023 0722 4291 8252 09**
& CUSTOMER    For Tracking or inquiries go to USPS.com
RECEIPT      or call 1-800-222-1811.

2.

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (03/09)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

Jurijus   Kadamovas

*Plaintiff/Petitioner*

v.

T. J. WATSON,  WARDEN (USP)

*Defendant/Respondent*

)
)
)
)
)
)

Action No;

2:19 - cv- 00540 -JPH- MJA

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims or an adverse ruling on this application.

Signed: _____   Date: JUNE 1, 2020

### Instructions

Complete all questions in this application and then sign it. **Do not leave any blanks**: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, please use the space provided on Page 7 of this form or attach additional sheets, if necessary, identified with your name and the question number.

**If you are a prisoner,** you must attach a statement certified by the appropriate institutional officer showing all receipts and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.   Please find attached per instruction.......

1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NA | $ | $ | $ |
| Self-employment* | $ NA | $ | $ | $ |
| Income from real property *(such as rental income)* | $ NA | $ | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (03/09)

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ N/A | $ | $ | $ |
| Gifts, Inheritances, or Trust Funds | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance, IRA, 401(k)) | $ | $ | $ | $ |
| Disability (such as social security, disability insurance payments, life insurance payments, or worker's compensation payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

* If self-employed, please list business assets in the "Business Asset" section of this form.

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____ N/A _____

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (03/09)

a. Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Please specify whose name is on the account or if it is a joint account, please write "joint account" | Please list the balance in the account |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

b. Please specify below if you own any stocks, bonds, options, securities, Certificate of Deposits (CDs), or any other financial instruments and list the value of each.

| Financial instrument | Value |
|---|---|
| N/A | $ |
| | $ |
| | $ |

c. Please indicate if you have a trust fund and, if so, state the value. $ N/A

5.    a. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value)    N/A | $ |
| Other real estate (i.e., cottage, vacation home/condo, rental property, land, buildings, etc.) (Please specify and list the value for each.) | $ |
| Motor vehicle #1 (Value) | $ |
| Make and year: | |
| Model: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: | |
| Model: | |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (03/09)

| | |
|---|---|
| Recreational vehicles (i.e. motorcycle, motor home, camper, snowmobile) (Please specify and list the value of each.) | $ N/A |
| Boat (or any other watercraft) (Please specify and list the value for each.) | $ |
| Other assets (Please list only items with a value of $500 or more and provide the value for each item.) | $ |

b.  If you are self-employed, please list any business assets associated with your business and their value.

**Business Assets**

| | |
|---|---|
| Business/Profession/Farm  (Value) | $ |
| Business equipment/office equipment (Value) | $ |
| Inventory (Value) | $  N/A |
| Machinery (Value) | $ |
| Livestock (Value) | $ |
| Other business assets (Please list only items with a value of $500 or more and provide the value for each item.) | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $  N/A | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support. If the individual is a minor (under the age of 18), please do NOT list the minor's name; please use ONLY the initials for the minor's name.

| Name (or, if under 18, initials only) | Relationship/Type of Support | Age |
|---|---|---|
| | N/A | |
| | | |
| | | |

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

N/A

*N/A*

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (03/09)

| | You | Your spouse |
|---|---|---|
| Are real estate taxes included?  ☐ Yes  ☐ No  <br> Is property insurance included?  ☐ Yes  ☐ No | | |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name):* | $ | $ |
|     Department store *(name):* | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify):* | $ | $ |
| **Total monthly expenses:** | $ | $ |

*N/A*

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (03/09)

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☑ No

   If yes, how much?  $ _____
   If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?   ☐ Yes  ☑ No

   If yes, how much?  $ _____
   If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

   Due to My Death Row status I can not allowed cash Employment thereby no finencial aid beyond family & friends:

13. Identify the city and state of your legal residence.

   Terre Haute, Indiana

   Your daytime phone number: _____N.A._____

   Your age: __53__   Your years of schooling: __8__

   Last four digits of your social-security number: __3157__

**PLEASE CAREFULLY REVIEW THE INFORMATION YOU PROVIDED ABOVE FOR ACCURACY AND COMPLETENESS. PLEASE MAKE SURE YOU HAVE SIGNED AND DATED THIS FORM IN THE SPACES PROVIDED ON PAGE 1**

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) /Modified by INSD (02/09)

Please use this page for any additional space you may require. (If you require additional sheets, please attach them to this form and make sure your name is on each additional sheet) Please make sure you list the question number on this sheet (or any additional sheets) to which you are providing additional information.

**ADDITIONAL INFORMATION:**

## Inmate Statement

PRINT

| | | |
|---|---|---|
| Inmate Reg #: | 21050112 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | KADAMOVAS, JURIJUS | Housing Unit: | THP-X-A |
| Report Date: | 05/29/2020 | Living Quarters: | X02-407L |
| Report Time: | 12:31:32 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 5/12/2020 1:00:26 PM | 90 | | | Sales | ($17.50) | | $6.68 |
| THA | 4/13/2020 2:09:39 PM | 60 | | | Sales | ($25.90) | | $24.18 |
| THA | 4/6/2020 5:52:22 PM | 98 | | | Sales | ($19.20) | | $50.08 |
| THA | 4/6/2020 7:07:23 AM | 33320097 | | | Western Union | $60.00 | | $69.28 |
| THA | 3/2/2020 7:06:58 AM | 22 | | | Sales | ($23.15) | | $9.28 |
| THA | 2/19/2020 12:47:38 PM | 73 | | | Sales | ($55.80) | | $32.43 |
| THA | 2/19/2020 12:10:28 AM | VTHAD108 - 3755 | | | Debt Encumbrance - Released | | $11.77 | -------- |
| THA | 2/19/2020 12:10:28 AM | VTHAD108 - 3152 | | | Debt Encumbrance - Released | | $6.53 | -------- |
| THA | 2/19/2020 12:10:28 AM | VTHAD108 | | | Photo Copies | ($18.30) | | $88.23 |
| THA | 2/18/2020 10:05:31 PM | 33320049 | | | Western Union | $100.00 | | $106.53 |
| THA | 2/18/2020 10:05:31 PM | VTHAD108 - 3755 | | | Debt Encumbrance | | ($11.77) | -------- |
| THA | 1/30/2020 12:49:37 PM | VTHAD108 - 3152 | | | Debt Encumbrance | | ($6.53) | -------- |
| THA | 1/28/2020 10:01:35 AM | TL0128 | | | TRUL Withdrawal | ($5.00) | | $6.53 |
| THA | 1/23/2020 8:48:26 PM | TL0123 | | | TRUL Withdrawal | ($5.00) | | $11.53 |
| THA | 12/26/2019 6:33:33 AM | 7 | | | Sales | ($3.80) | | $16.53 |
| THA | 11/25/2019 8:50:44 AM | 49 | | | Sales | ($22.40) | | $20.33 |
| THA | 11/18/2019 7:13:56 AM | 9 | | | Sales | ($40.95) | | $42.73 |
| THA | 11/12/2019 9:58:10 AM | 83 | | | Sales | ($91.75) | | $83.68 |
| THA | 11/7/2019 7:54:53 AM | 759 | | | BP 199 Request - Released | | $5.00 | -------- |
| THA | 11/7/2019 7:54:53 AM | 759 | 479 | | Court Fees | ($5.00) | | $175.43 |
| THA | 11/4/2019 6:57:44 AM | 4 | | | Sales | ($86.00) | | $180.43 |
| THA | 10/31/2019 7:10:44 PM | 759 | | | BP 199 Request | | ($5.00) | -------- |
| THA | 10/28/2019 6:55:50 AM | 13 | | | Sales | ($5.80) | | $266.43 |
| THA | 10/22/2019 2:02:49 PM | 112 | | | Sales | ($71.90) | | $272.23 |
| THA | 10/15/2019 2:11:43 PM | 163 | | | Sales | ($108.35) | | $344.13 |
| THA | 10/13/2019 7:05:35 AM | 33319286 | | | Western Union | $200.00 | | $452.48 |
| THA | 10/7/2019 2:17:59 PM | 17 | | | Sales | ($25.05) | | $252.48 |
| THA | 10/3/2019 8:03:11 PM | TL1003 | | | TRUL Withdrawal | ($10.00) | | $277.53 |
| THA | 10/1/2019 12:16:45 PM | 2 | | | Sales | ($10.45) | | $287.53 |
| THA | 9/9/2019 6:53:20 AM | 12 | | | Sales | ($22.25) | | $297.98 |
| THA | 9/4/2019 10:04:52 AM | 33319247 | | | Western Union | $170.00 | | $320.23 |
| THA | | 61 | | | Sales | ($38.30) | | $150.23 |

InmateStatementCombined

9/3/2019 8:37:32 AM

Total Transactions: 32

|  |  | Totals: | ($181.85) | $0.00 |
|---|---|---|---|---|

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $6.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.68 |
| Totals: | $6.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.68 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $160.00 | $173.65 | $17.54 | $24.18 | $13.92 | N/A | N/A |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager