## Inmate Statement

🖨 PRINT

| Inmate Reg #: | 21050112 | Current Institution: | Terre Haute - FCC |
|---|---|---|---|
| Inmate Name: | KADAMOVAS, JURIJUS | Housing Unit: | THP-X-A |
| Report Date: | 05/29/2020 | Living Quarters: | X02-407L |
| Report Time: | 12:31:32 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 5/12/2020 1:00:26 PM | 90 | | | Sales | ($17.50) | | $6.68 |
| THA | 4/13/2020 2:09:39 PM | 60 | | | Sales | ($25.90) | | $24.18 |
| THA | 4/6/2020 5:52:22 PM | 98 | | | Sales | ($19.20) | | $50.08 |
| THA | 4/6/2020 7:07:23 AM | 33320097 | | | Western Union | $60.00 | | $69.28 |
| THA | 3/2/2020 7:06:58 AM | 22 | | | Sales | ($23.15) | | $9.28 |
| THA | 2/19/2020 12:47:38 PM | 73 | | | Sales | ($55.80) | | $32.43 |
| THA | 2/19/2020 12:10:28 AM | VTHAD108 - 3755 | | | Debt Encumbrance - Released | | $11.77 | -------- |
| THA | 2/19/2020 12:10:28 AM | VTHAD108 - 3152 | | | Debt Encumbrance - Released | | $6.53 | -------- |
| THA | 2/19/2020 12:10:28 AM | VTHAD108 | | | Photo Copies | ($18.30) | | $88.23 |
| THA | 2/18/2020 10:05:31 PM | 33320049 | | | Western Union | $100.00 | | $106.53 |
| THA | 2/18/2020 10:05:31 PM | VTHAD108 - 3755 | | | Debt Encumbrance | | ($11.77) | -------- |
| THA | 1/30/2020 12:49:37 PM | VTHAD108 - 3152 | | | Debt Encumbrance | | ($6.53) | -------- |
| THA | 1/28/2020 10:01:35 AM | TL0128 | | | TRUL Withdrawal | ($5.00) | | $6.53 |
| THA | 1/23/2020 8:48:26 PM | TL0123 | | | TRUL Withdrawal | ($5.00) | | $11.53 |
| THA | 12/26/2019 6:33:33 AM | 7 | | | Sales | ($3.80) | | $16.53 |
| THA | 11/25/2019 8:50:44 AM | 49 | | | Sales | ($22.40) | | $20.33 |
| THA | 11/18/2019 7:13:56 AM | 9 | | | Sales | ($40.95) | | $42.73 |
| THA | 11/12/2019 9:58:10 AM | 83 | | | Sales | ($91.75) | | $83.68 |
| THA | 11/7/2019 7:54:53 AM | 759 | | | BP 199 Request - Released | | $5.00 | -------- |
| THA | 11/7/2019 7:54:53 AM | 759 | 479 | | Court Fees | ($5.00) | | $175.43 |
| THA | 11/4/2019 6:57:44 AM | 4 | | | Sales | ($86.00) | | $180.43 |
| THA | 10/31/2019 7:10:44 PM | 759 | | | BP 199 Request | | ($5.00) | -------- |
| THA | 10/28/2019 6:55:50 AM | 13 | | | Sales | ($5.80) | | $266.43 |
| THA | 10/22/2019 2:02:49 PM | 112 | | | Sales | ($71.90) | | $272.23 |
| THA | 10/15/2019 2:11:43 PM | 163 | | | Sales | ($108.35) | | $344.13 |
| THA | 10/13/2019 7:05:35 AM | 33319286 | | | Western Union | $200.00 | | $452.48 |
| THA | 10/7/2019 2:17:59 PM | 17 | | | Sales | ($25.05) | | $252.48 |
| THA | 10/3/2019 8:03:11 PM | TL1003 | | | TRUL Withdrawal | ($10.00) | | $277.53 |
| THA | 10/1/2019 12:16:45 PM | 2 | | | Sales | ($10.45) | | $287.53 |
| THA | 9/9/2019 6:53:20 AM | 12 | | | Sales | ($22.25) | | $297.98 |
| THA | 9/4/2019 10:04:52 AM | 33319247 | | | Western Union | $170.00 | | $320.23 |
| THA | | 61 | | | Sales | ($38.30) | | $150.23 |

InmateStatementCombined

9/3/2019 8:37:32 AM

**Total Transactions: 32**

|  |  |  |  |  |  |  | Totals: | ($181.85) | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $6.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.68 |
| **Totals:** | $6.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.68 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $160.00 | $173.65 | $17.54 | $24.18 | $13.92 | N/A | N/A |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager