Jurijus Kadamovas
#21050-112
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

**USPS TRACKING #**

9114 9023 0722 4291 8252 09

Label 400 Jan. 2013
7690-16-000-7948

PACKAGE IDENTIFICATION CONFIRMED

Legal Special
Mail

The Office of the Clerk
of the U.S. District Court
921 Ohio Street
Room 104
Terre Haute, IN 47804

RECEIVED

JUN _5 2020

U.S. CLERK'S OFFICE



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER